# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **KC TRANSPORT, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | __ __ – __ __ __ __ __ __ __ | |
| **4. Debtor's address** | **Principal place of business** **C/O KENNETH COLE WIRTH** **35212 COUNTY ROAD 127** Number  Street **SIDNEY, MT 59270** City  State  ZIP Code **RICHLAND** County | **Mailing address, if different from principal place of business** Number  Street City  State  ZIP Code **Location of principal assets, if different from principal place of business** Number  Street City  State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

| Debtor | **KC TRANSPORT, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
              District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                MM / DD / YYYY
         Case number, if known _____

Debtor  **KC TRANSPORT, LLC**  Case number *(if known)*
         Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number  Street
_____
City                                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

| 16. Estimated liabilities | ❑ $0-$50,000 | ☑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/24/2025**
           MM/ DD/ YYYY

X **/S/ KENNETH COLE WIRTH**                    **KENNETH COLE WIRTH**
Signature of authorized representative of debtor   Printed name

Title _____

**18. Signature of attorney**

X **/S/ JAMES A. PATTEN**          Date **01/24/2025**
Signature of attorney for debtor         MM/ DD/ YYYY

**JAMES A. PATTEN**
Printed name

**PATTEN PETERMAN BEKKEDAHL & GREEN**
Firm name

**2817 SECOND AVE N STE 300**
Number     Street

**BILLINGS**                    **MT**       **59101**
City                            State        ZIP Code

_____              **APATTEN@PPBGLAW.COM**
Contact phone                     Email address

_____              _____
Bar number                        State

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

IN RE: **KC TRANSPORT, LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **01/24/2025**   Signature   **/S/ KENNETH COLE WIRTH**

Kenneth Cole Wirth, Authorized Signer

[ case number ]

AXON DEVELOPMENT CORPORATION
15 INNOVATION BLVD STE 210
SASKATOON, SK S7N 2X8


BMO HARRIS BANK
PO BOX 35707
BILLINGS, MT 59107-5707


EAGLE COUNTRY FORD
215 E MAIN ST
SIDNEY, MT 59270


FORD MOTOR CREDIT COMPANY LLC
PO BOX 105704
ATLANTA, GA 30348-5704


FOUR SEASONS TOWING
812 WHITE OAK DR SPRING CREEK
SPRING CREEK, NV 89815


GM FINANCIAL
PO BOX 183593
ARLINGTON, TX 76096-3834


HUNT & SONS INC
275 12TH STREET
ELKO, NV 89801


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

KC SANDCASTLE LLC
101 10TH AVE
SIDNEY, MT 59270


KELTZ F HALL
PO BOX 662
SIDNEY, MT 59270


LOEB TERM SOLUTIONS LLC
8609 W BRYN MAWR STE 208
CHICAGO, IL 60631


MONTANA DEPARTMENT OF
REVENUE
BANKRUPTCY SPECIALIST
P.O. BOX 7701
HELENA, MT 59604-7701

NAPA AUTO PART OF SIDNEY
109 2ND AVE NE
SIDNEY, MT 59270


NAPA AUTO PARTS - ELKO
PO BOX 1425
TWIN FALLS, ID 83303-1425


NEVADA DEPARTMENT OF
EMPLOYMENT, TRAINING &
REHABILITATION
500 EAST THIRD ST
CARSON CITY, NV 89713-0030

NORCO INC
PO BOX 35144
SEATTLE, WA 98124-5144

PACCAR FINANCIAL CORP
1901 N ROSELLE RD STE 900
SCHAUMBURG, IL 60195-3187


SAFETY FIRST TRAINING AND
CONSULTING
1031 RAILROD STE 103B
ELKO, NV 89801


SEMI SERVICE INC
4285 WEST 1385 SOUTH
SALT LAKE CITY, UT 84104


STOCKMAN BANK OF
MONTANA
301 W HOLLY ST
SIDNEY, MT 59270


UNEMPLOYMENT INSURANCE
DIVISION
CONTRIBUTIONS BUREAU
PO BOX 6339
HELENA, MT 59604-6339


UNITED HERITAGE LIFE
INSURANCE
PO BOX 35109
SEATTLE, WA 98124-5109


VERDANT COMMERCIAL
CAPITAL, LLC
9987 CARVER RD STE 110
CINCINNATI, OH 45242


WALLWORK FINANCIAL
401 38TH ST SW
FARGO, ND 58103

WESTERN TIRE
1601 S CENTRAL AVE
SIDNEY, MT 59270


YELLOWSTONE BANK
120 2ND STREET NW
SIDNEY, MT 59270

# RESOLUTION

COLE WIRTH and KELTZ HALL, the members of KC TRANSPORT, LLC, a Montana limited liability company, at a membership meeting conducted on January 20, 2025, adopted the following resolutions:

BE IT RESOVLED, that, as a consequence of the loss of a significant contract, KC TRANSPORT, LLC commence a case under chapter 11, Title 11; and

BE IT RESOLVED, the KC TRANSPORT, LLC, engage the firm of Patten, Peterman, Bekkedahl & Green, PLLC, as counsel for the chapter 11 case.

Adopted this 20th day of January, 2025.

_____
Cole Wirth, Member


_____
Keltz Hall, Member

# RESOLUTION

COLE WIRTH and KELTZ HALL, the members of KC TRANSPORT, LLC, a Montana limited liability company, at a membership meeting conducted on January 20, 2025, adopted the following resolutions:

BE IT RESOVLED, that, as a consequence of the loss of a significant contract, KC TRANSPORT, LLC commence a case under chapter 11, Title 11; and

BE IT RESOLVED, the KC TRANSPORT, LLC, engage the firm of Patten, Peterman, Bekkedahl & Green, PLLC, as counsel for the chapter 11 case.

Adopted this 20th day of January, 2025.

_____
Cole Wirth, Member

*/s/ Hall*
_____
Keltz Hall, Member