Fill in this information to identify the case:

Debtor name — **KC Transport, LLC**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): **1:25-bk-10010**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Semi Service INC 4285 West 1385 South Salt Lake City, UT 84104 | | REPAIRS | | | | $61,426.86 |
| 2 Verdant Commercial Capital, LLC 9987 Carver Rd Ste 110 Cincinnati, OH 45242 | | | | $248,411.55 | $200,000.00 | $48,411.55 |
| 3 MONTANA STATE FUND PO Box 4759 Helena, MT 59604-4759 | | LOAN | | | | $31,946.31 |
| 4 Keltz F Hall PO Box 662 Sidney, MT 59270 | | LOAN | | | | $10,129.84 |
| 5 KC Sandcastle LLC 101 10th Ave Sidney, MT 59270 | | | | | | $6,746.40 |
| 6 RICHLAND COUNTY TREASURER 201 W MAIN Sidney, MT 59270 | | PROPERTY TAXES | | | | $6,521.46 |
| 7 GM Financial PO Box 183593 Arlington, TX 76096-3834 | | | | $64,670.26 | $60,000.00 | $4,670.26 |
| 8 Axon Development Corporation 15 Innovation Blvd Ste 210 Saskatoon, SK S7N 2X8, | | | | | | $1,627.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  ELAN CREDIT CARD<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | | CREDIT CARD | | | | $1,185.33 |
| 10  Unemployment Insurance Division<br>Contributions Bureau<br>PO Box 6339<br>Helena, MT 59604-6339 | | | | | | $524.38 |
| 11  United Heritage Life Insurance<br>PO Box 35109<br>Seattle, WA 98124-5109 | | | | | | $343.25 |
| 12  Eagle Country Ford<br>215 E Main St<br>Sidney, MT 59270 | | | | | | $153.00 |
| 13  INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | | | | | | $9.45 |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

Fill in this information to identify the case:

Debtor Name    **KC Transport, LLC**

United States Bankruptcy Court for the: District of     **Montana**
                                                        (State)

Case number (If
known):          **1:25-bk-10010**

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **FIRST INTERNATIONAL BANK & TRUST** | **Checking account** | **1   3   8   6** | **$136,217.58** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____    _____

   4.2 _____    _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$136,217.58** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____    _____

7.2 _____    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    | _____ |

---

| Part 3: | Accounts receivable |

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11.  **Accounts receivable**

| 11a. 90 days old or less: | **$18,708.61** | - | **unknown** | =..... ➡ | **$18,708.61** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$252,728.23** | - | **unknown** | =..... ➡ | **$252,728.23** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$271,436.84** |

---

| Part 4: | Investments |

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | |

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    | |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment: and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attachment | unknown | FAIR MARKET | $46,906.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $46,906.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2024 GMC Sierra K1500** / VIN: 3GTUUEE89RG185353 | unknown | FAIR MARKET | $60,000.00 |
| 47.2 **2000 Heil SE Tranker** / VIN: 5HTSN4127YT06757 | unknown | FAIR MARKET | $10,000.00 |
| 47.3 **2008 Dodge R35** / VIN: 3D6WH46AX8G101588 | unknown | FAIR MARKET | $2,500.00 |
| 47.4 **2005 Lbt Inc Pnuematic** / VIN: 4J8B043295T007801 | unknown | FAIR MARKET | $32,500.00 |

| 47.5 | **2021 Chevrolet Silverado K1500 / VIN:** 3GCUYGET2MG213426 | unknown | FAIR MARKET | $25,000.00 |
| 47.6 | **2006 Heil Tanker / VIN:** 5HTSN422375T36105 | unknown | FAIR MARKET | $32,500.00 |
| 47.7 | **2020 Ford F250 / VIN:** 1FT7W2B69LEC20450 | unknown | FAIR MARKET | $20,000.00 |
| 47.8 | **2007 TRAK TL / VIN:** 1TKH0442X7B086785 | unknown | FAIR MARKET | $30,000.00 |
| 47.9 | **2018 GMC Sierra K1500 / VIN:** 3GTU2NEC7JG440273 | unknown | FAIR MARKET | $20,000.00 |
| 47.10 | **2009 Heil TL / VIN:** 5HTSN422197T13378 | unknown | FAIR MARKET | $40,000.00 |
| 47.11 | **2018 Chevrolet Silverado 3500 / VIN:** 1GB4KYCY2JF237653 WITH TOOLS | unknown | FAIR MARKET | $25,000.00 |
| 47.12 | **2012 Vantage Dump Pnuematic / VIN:** 4E7PA4228CABA3415 | unknown | FAIR MARKET | $10,000.00 |
| 47.13 | **2013 Ford F250 / VIN:** 1FTW2865DEA75733 | unknown | FAIR MARKET | $15,000.00 |
| 47.14 | **2015 Heil Super Jet 1040 / VIN:** 5htsn4221f7t94135 | unknown | FAIR MARKET | $20,000.00 |
| 47.15 | **2019 Chevrolet Silverado / VIN:** 2GCVKPEC2K1107554 WRECKED | unknown | FAIR MARKET | $5,000.00 |
| 47.16 | **2016 Clement 32" Dump TL / VIN:** 5C2CD40C87M005907 | unknown | FAIR MARKET | $30,000.00 |
| 47.17 | **2019 Ford F350 / VIN:** 1FD8W3HT4KED42344 | unknown | FAIR MARKET | $35,000.00 |
| 47.18 | **2017 SmithCo SX4-49-36 / VIN:** 1S9SS4945HL476083 | unknown | FAIR MARKET | $30,000.00 |
| 47.19 | **2019 Ford F140 / VIN:** 1FT7W2B66KEG46000 | unknown | FAIR MARKET | $10,000.00 |
| 47.20 | **2019 J&L Aluminum Pneumatic / VIN:** 3H4JS343XK3710810 | unknown | FAIR MARKET | $62,500.00 |
| 47.21 | **2020 Ford F250 / VIN:** 1FT7W2B64LEC41562 | unknown | FAIR MARKET | $25,000.00 |
| 47.22 | **2024 J&L TL / VIN:** 3H4JS3233R3125175 | unknown | FAIR MARKET | $100,000.00 |
| 47.23 | **2021 GMC Sierra K3500 / VIN:** 1GT49VEY0MF270223 | unknown | FAIR MARKET | $50,000.00 |
| 47.24 | **1983 Landoll Corp TL / VIN:** 1LH350SH5D1001546 | unknown | FAIR MARKET | $15,000.00 |
| 47.25 | **2020 Ford F350 / VIN:** 1FD8W3HT1LEE53516 | unknown | FAIR MARKET | $40,000.00 |
| 47.26 | **1991 Heil Trailer X / VIN:** 1HLS3M7F1M7U01641 | unknown | FAIR MARKET | $25,000.00 |
| 47.27 | **2013 Peterbilt 389 Glider / VIN:** 1NPXGGGG50D159510 REMANUFACTURED MOTOR | unknown | FAIR MARKET | $80,000.00 |
| 47.28 | **1995 Heil TL / VIN:** 1HLS5M7F5S7T02912 SCRAP | unknown | FAIR MARKET | $2,000.00 |
| 47.29 | **2014 Peterbilt 389 Glider / VIN:** 1NPXGGGG80D208487 | unknown | FAIR MARKET | $70,000.00 |
| 47.30 | **1996 FREUHAUF / VIN:** 4J8B04227TT017306 | unknown | FAIR MARKET | $22,500.00 |
| 47.31 | **2020 Kenworth Construction / VIN:** 1XKWD49X9XLR380327 | unknown | FAIR MARKET | $70,000.00 |
| 47.32 | **2005 Heil SE TL / VIN:** 5HTSN493157U10881 | unknown | FAIR MARKET | $30,000.00 |

| 47.33 | 2021 Kenworth Construction / VIN: 1XKZD49X5MJ440965 | unknown | FAIR MARKET | $60,000.00 |
| --- | --- | --- | --- | --- |
| 47.34 | 2008 LBT TL / VIN: 4J8B051258T010501 | unknown | FAIR MARKET | $15,000.00 |
| 47.35 | 2014 Peterbilt 389 Glider / VIN: 1NPXGGGGX0D208488 | unknown | FAIR MARKET | $70,000.00 |
| 47.36 | 2010 BELLY DUMP TL / VIN: 5TU114037A5000577 | unknown | FAIR MARKET | $15,000.00 |
| 47.37 | 2020 Kenworth Construction / VIN: 1XKDD49X1LR389328 | unknown | FAIR MARKET | $60,000.00 |
| 47.38 | 2012 Vantage Dump Pneumatic Tank / VIN: 4E7PA4225CABA3419 | unknown | FAIR MARKET | $10,000.00 |
| 47.39 | 2021 Kenworth Construction / VIN: 1XKZD49X7MJ440966 | unknown | FAIR MARKET | $60,000.00 |
| 47.40 | 2017 SmithCo / VIN: 1S9SS4949HL476085 | unknown | FAIR MARKET | $30,000.00 |
| 47.41 | 2012 Peterbilt 388 / VIN: 1XPWDP9X0CD144361 | unknown | FAIR MARKET | $70,000.00 |
| 47.42 | 2019 J&L Aluminum Pneumatic / VIN: 3H4JS3431K3710811 | unknown | FAIR MARKET | $62,500.00 |
| 47.43 | 2020 Kenworth T800 / VIN: 1XKDD49XXLR389330 | unknown | FAIR MARKET | $60,000.00 |
| 47.44 | 1999 Fontaine Flatbed / VIN: 13N248309X1582865 SCRAP | unknown | FAIR MARKET | $4,000.00 |
| 47.45 | 2021 Kenworth T880 / VIN: 1XKZD49XXMJ440945 | unknown | FAIR MARKET | $60,000.00 |
| 47.46 | 2005 Heil Semi Trailer / VIN: 5HTSN493357U10879 | unknown | FAIR MARKET | $15,000.00 |
| 47.47 | 2013 Peterbilt 389 / VIN: 1NPXGGGG90D188931 | unknown | FAIR MARKET | $70,000.00 |
| 47.48 | 2015 Mac Trailer MAC Pneumatic / VIN: 5MATA5230FA029850 | unknown | FAIR MARKET | $30,000.00 |
| 47.49 | 2020 Kenworth T800 / VIN: 1XKDD49X3LR389329 | unknown | FAIR MARKET | $60,000.00 |
| 47.50 | 2019 Dorsey Trailers TL / VIN: 5JYLB5539KPD11139 | unknown | FAIR MARKET | $30,000.00 |
| 47.51 | 2021 Kenworth Construction / VIN: 1XKZD49X1MJ440946 FIX HOOD/TRANSMISSION $100,000 | unknown | FAIR MARKET | $30,000.00 |
| 47.52 | 1991 JL TL / VIN: 1J9P4AG21M2001012 | unknown | FAIR MARKET | $22,500.00 |
| 47.53 | 2020 Kenworth T800 / VIN: 1XKDD49X1LR389331 | unknown | FAIR MARKET | $60,000.00 |
| 47.54 | 1972 Butler TL / VIN: 1924245 SCRAP | unknown | FAIR MARKET | $3,000.00 |
| 47.55 | 2020 Kenworth T800 / VIN: 1XKDD49X3LR389332 | unknown | FAIR MARKET | $60,000.00 |
| 47.56 | 2015 Mac Trailer MAC Pneumatic / VIN: 5MATA5231FA029856 | unknown | FAIR MARKET | $30,000.00 |
| 47.57 | 2008 Peterbilt 388 / VIN: 1XPWDB9X58D753259 REMANUFACTURED MOTOR | unknown | FAIR MARKET | $70,000.00 |
| 47.58 | 2018 Jet Company Jet Semi Trailer / VIN: 5JNDS4821JH000440 | unknown | FAIR MARKET | $25,000.00 |

| | | | |
|---|---|---|---|
| 47.59 **2013 Peterbilt TK DS** / VIN: 1NPXGGGG90D188900 REMANUFACTURED MOTOR | unknown | FAIR MARKET | $80,000.00 |
| 47.60 **2020 Wilson Trailer CD-1080 Center** / VIN: 1W15532A7L6629325 | unknown | FAIR MARKET | $30,000.00 |
| 47.61 **2020 Kenworth T800** / VIN: 3WKDP4EX8LF406870 | unknown | FAIR MARKET | $80,000.00 |
| 47.62 **1991 JL TL** / VIN: 1J9P4AG2XM2001011 | unknown | FAIR MARKET | $32,500.00 |
| 47.63 **2020 Kenworth T800** / VIN: 3WKDP4EXXLF406871 NEEDS MOTOR | unknown | FAIR MARKET | $10,000.00 |
| 47.64 **2000 Wabash National Semi Trailer** / VIN: 1JJV532W2YL722873 | unknown | FAIR MARKET | $2,500.00 |
| 47.65 **2020 Kenworth T800** / VIN: 3WKDP4EX3LF406873 | unknown | FAIR MARKET | $30,000.00 |
| 47.66 **2009 LBT Semi Trailer** / VIN: 4J8B043249T002401 | unknown | FAIR MARKET | $30,000.00 |
| 47.67 **2020 Kenworth T800** / VIN: 3WKDP4EX5LF406874 | unknown | FAIR MARKET | $75,000.00 |
| 47.68 **1991 J&L Semi Trailer** / VIN: 1J9P4AT24M2001124 | unknown | FAIR MARKET | $32,500.00 |
| 47.69 **2020 Kenworth T800** / VIN: 3WKDP4EX1LF406869 | unknown | FAIR MARKET | $75,000.00 |
| 47.70 **2015 Tremcar TL** / VIN: 2TLHB3833FB000423 | unknown | FAIR MARKET | $30,000.00 |
| 47.71 **2015 Tremcar TL** / VIN: 2TLHB3835FB000424 | unknown | FAIR MARKET | $40,000.00 |
| 47.72 **1996 Ranch Mfg Co Dump Semi tl** / VIN: 1R9BSC209TL008940 | unknown | FAIR MARKET | $10,000.00 |
| 47.73 **2012 VANT TL** / VIN: 4E7PA4220CABA3425 | unknown | FAIR MARKET | $10,000.00 |
| 47.74 **2014 J&L Super Jet 700** / VIN: 5JLSN3240E5S41070 HOLE NEEDS WELDED | unknown | FAIR MARKET | $20,000.00 |
| 47.75 **2016 Clement 32" Dump TL** / VIN: 5C2CB24B47M005852 | unknown | FAIR MARKET | $20,000.00 |
| 47.76 **2019 J&L Aluminum Pneumatic** / VIN: 3H4JS3451K3710812 | unknown | FAIR MARKET | $62,500.00 |
| 47.77 **2024 J&L TL** / VIN: 3H4LS4847R3125176 | unknown | FAIR MARKET | $100,000.00 |
| 47.78 **1979 Fruehauf TL** / VIN: FRV743002 | unknown | FAIR MARKET | $32,500.00 |
| 47.79 **1986 J&L TL** / VIN: 1J9P4AC24G2001967 | unknown | FAIR MARKET | $32,500.00 |
| 47.80 **1987 Beall TL** / VIN: 1BN1C2946HB002096 | unknown | FAIR MARKET | $22,500.00 |
| 47.81 **1988 Beall TL** / VIN: 1BN1C2945JB002094 | unknown | FAIR MARKET | $15,000.00 |
| 47.82 **1992 J&L TL** / VIN: 1J9P4AF66N2001108 | unknown | FAIR MARKET | $10,000.00 |
| 47.83 **1994 Heil TL** / VIN: 1HLS1L4B9R5T01694 | unknown | FAIR MARKET | $32,500.00 |
| 47.84 **1995 J&L Tanker** / VIN: 1HLS1L4B0S5T01945 | unknown | FAIR MARKET | $40,000.00 |
| 47.85 **1996 Bedard Tankers Pnuematic Super** / VIN: 2B9A1K5AXT4007213 | unknown | FAIR MARKET | $10,000.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| 47.86 | **2019 J&L Aluminum Pneumatic** / VIN: 3H4JS3453K3710813 | unknown | FAIR MARKET | $62,500.00 |
| 47.87 | **1992 J&L TL** / VIN: 1J9P4AF68N2001112 | unknown | FAIR MARKET | $22,500.00 |
| 47.88 | **1994 Heil TL** / VIN: 1HLS1L4B2R5T01696 | unknown | FAIR MARKET | $32,500.00 |
| 47.89 | **1995 JL TL** / VIN: 1HLS1L4B7S5T01943 | unknown | FAIR MARKET | $15,000.00 |
| 47.90 | **1997 J&L Pneumatic Tank** / VIN: 5JLSP3234V5T03779 | unknown | FAIR MARKET | $30,000.00 |
| 47.91 | **1997 J&L Pnuematic** / VIN: 5JLSP3220V5T03821 | unknown | FAIR MARKET | $30,000.00 |
| 47.92 | **2010 Road King 8.5x29** / VIN: 1R9FS2924A1093133 | unknown | FAIR MARKET | $15,000.00 |
| 47.93 | **2018 Maxey Trailers Gooseneck Flat** / VIN: 5R8GF3029JM055694 | unknown | FAIR MARKET | $10,000.00 |
| 47.94 | **2020 Snake River Flatbed Utility** / VIN: 5PTGF322XL1035570 | unknown | FAIR MARKET | $10,000.00 |
| 47.95 | **2021 Big Tex 20' Gooseneck** / VIN: 16V3F3322M6019814 | unknown | FAIR MARKET | $15,000.00 |
| 47.96 | **2021 MIDSOTA 36' GOOSENECK** / VIN: 5JWKF3620MA002147 | unknown | FAIR MARKET | $25,000.00 |
| 47.97 | **2015 PJ TRAILER** / VIN: 3CVU71411F2530464 | unknown | FAIR MARKET | $1,000.00 |
| 47.98 | **2010 PLG GRAIN TL** / VIN: 1L9SH42221M281715 | unknown | FAIR MARKET | $6,000.00 |
| 47.99 | **2017 CARRY ON UTILITY TRAILER** / VIN: 4YMBU2022HN002743 | unknown | FAIR MARKET | $15,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

48.2 _____

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

| $3,381,000.00 |
| --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 9:    Real property

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **2011 Mobile Home /** 719 6th St NE Sidney, MT 59270 | **Fee Simple** | unknown | **FAIR MARKET** | $137,000.00 |
| 55.2 **LOT /** 117 7th Ave NW Sidney, MT 59270 | **Fee Simple** | unknown | **FAIR MARKET** | $80,000.00 |
| 55.3 **LOT - 7/10 ACRE /** SIDNEY, MT | **Fee Simple** | unknown | **FAIR MARKET** | $77,373.00 |
| 55.4 **LOT - 1/3 ACRE /** SIDNEY, MT | **Fee Simple** | unknown | **FAIR MARKET** | $64,704.00 |
| 55.5 **Lot 12, Block 4, Fisher Estates Sub /** 723 6th St NE Sidney, MT 59270 | **Fee Simple** | unknown | **FAIR MARKET** | $33,438.00 |
| 55.6 **2012 MOBILE HOME /** 741 5TH ST NE Sidney, MT 59270 | **Fee Simple** | unknown | | unknown |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $392,515.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 10:    Intangibles and intellectual property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |

61. **Internet domain names and websites**

_____   _____   _____   _____

62. **Licenses, franchises, and royalties**

_____   _____   _____   _____

63. **Customer lists, mailing lists, or other compilations**

_____   _____   _____   _____

64. **Other intangibles, or intellectual property**

_____   _____   _____   _____

65. **Goodwill**

_____   _____   _____   _____

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                    _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➡   _____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

|  | Tax year _____ | _____ |

**73.** **Interests in insurance policies or annuities**

    _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

    __Potential usury claim against Loeb_____     **unknown**

    **Nature of claim**     _____

    **Amount requested**     __**unknown**_____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____

    **Nature of claim**     _____

    **Amount requested**     _____

**76.** **Trusts, equitable or future interests in property**

    _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.     _____

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $136,217.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $271,436.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $46,906.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,381,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................... ➡ | | $392,515.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $3,835,560.42 + 91b. | $392,515.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... | | $4,228,075.42 |

Debtor name  **KC Transport, LLC**

United States Bankruptcy Court for the District of  **Montana**
(State)

Case number (if known):  **1:25-bk-10010**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- |

**2.1** Creditor's name

**GM Financial**

Creditor's mailing address

**PO Box 183593**

**Arlington, TX 76096-3834**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number   **9  4  8  5**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien

2021 GMC Sierra K3500

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | **$24,982.57** | **$50,000.00** |
| --- | --- | --- |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,940,622.31**

1:25-bk-10010-BPH   Doc#: 9   Filed: 02/07/25   Page 18 of 56

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**   **Creditor's name**

**GM Financial**

**Describe debtor's property that is subject to a lien**

2024 GMC Sierra K1500        **$64,670.26**      **$60,000.00**

**Creditor's mailing address**

PO Box 183593

Arlington, TX 76096-3834

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

         _____

         _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

1:25-bk-10010-BPH    Doc#: 9    Filed: 02/07/25    Page 19 of 56

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name

**Loeb Term Solutions LLC**

**Creditor's mailing address**

**8609 W Bryn Mawr Ste 208**

**Chicago, IL 60631**

**Creditor's email address, if known**

**Date debt was incurred**    **08/09/2024**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Peterbilt 389 Glider, 2014 Peterbilt 389 Glider, 2014 Peterbilt 389 Glider, 2012 Peterbilt 388, 2013 Peterbilt 389, 2008 Peterbilt 388, 2013 Peterbilt TK DS, 2000 Heil SE Tranker, 2005 Lbt Inc Pnuematic, 2006 Heil Tanker, 2007 TRAK TL, 2009 Heil TL, 2012 Vantage Dump Pnuematic, 2015 Heil Super Jet 1040, 2017 SmithCo SX4-49-36, 1983 Landoll Corp TL, 1991 Heil Trailer X, 1995 Heil TL, 1996 FREUHAUF, 2005 Heil SE TL, 2008 LBT TL, 2010 BELLY DUMP TL, 2012 Vantage Dump Pneumatic Tank, 2017 SmithCo, 1999 Fontaine Flatbed, 2005 Heil Semi Trailer, 2015 Mac Trailer MAC Pneumatic, 2019 Dorsey Trailers TL, 1972 Butler TL, 2015 Mac Trailer MAC Pneumatic, 2018 Jet Company Jet Semi Trailer, 2020 Wilson Trailer CD-1080 Center, 2000 Wabash National Semi Trailer, 2009 LBT Semi Trailer, 1996 Ranch Mfg Co Dump Semi tl, 2012 VANT TL, 1986 J&L TL, 1987 Beall TL, 1988 Beall TL, 1992 J&L TL, 1994 Heil TL, 1995 J&L Tanker, 1992 J&L TL, 1994 Heil TL, 2021 Big Tex 20' Gooseneck, 2021 Kenworth T880, 2021 Kenworth Construction, 2021 Kenworth Construction, 2021 Kenworth Construction

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$1,473,535.37**     **$1,531,500.00**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Verdant Commercial Capital, LLC**

**Describe debtor's property that is subject to a lien**
2024 J&L TL, 2024 J&L TL

$248,411.55          $200,000.00

**Creditor's mailing address**

**9987 Carver Rd Ste 110**

**Cincinnati, OH 45242**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|
| | | | _Amount of claim_ | _Value of collateral_ |

**Part 1:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | _Amount of claim_<br>Do not deduct the value of collateral. | _Value of collateral that supports this claim_ |

**2.5** **Creditor's name**

**Wallwork Financial**

**Creditor's mailing address**

**PO Box 628**

**Fargo, ND 58107**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Kenworth T800, 2020 Kenworth T800, 2020 Kenworth T800

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$107,350.16**

Column B: **$180,000.00**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** **Creditor's name**

**Yellowstone Bank**

**Creditor's mailing address**

**120 2nd Street NW**

**Sidney, MT 59270**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1997 J&L Pneumatic Tank, 1997 J&L Pneumatic

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$21,672.40**      **$60,000.00**

1:25-bk-10010-BPH    Doc#: 9    Filed: 02/07/25    Page 23 of 56

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **GM FINANCIAL** <br> **PO Box 78143** <br> **Phoenix, AZ 85062** | Line 2. __1__ | ___ ___ ___ ___ |
| **GM FINANCIAL** <br> **PO Box 78143** <br> **Phoenix, AZ 85062** | Line 2. __2__ | ___ ___ ___ ___ |
| **LOEB TERM SOLUTIONS, LLC** <br> **222 S PROSPECT AVE 3RD FLOOR** <br> **Park Ridge, IL 60068** | Line 2. __3__ | ___ ___ ___ ___ |
| **VERDANT COMMERCIAL CAPITAL, LLC** <br> **PO Box 207202** <br> **Dallas, TX 75320-7202** | Line 2. __4__ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **KC Transport, LLC**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): **1:25-bk-10010**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**P.O. BOX 7346**

**Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$9.45**

Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

**MONTANA DEPARTMENT OF REVENUE**

**BANKRUPTCY SPECIALIST**

**P.O. BOX 7701**

**Helena, MT 59604-7701**

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**

Priority amount: **unknown**

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of 7

| Part 1: | Additional Page |
|---|---|

**2.3** Priority creditor's name and mailing address

**Unemployment Insurance Division**

**Contributions Bureau**

**PO Box 6339**

**Helena, MT 59604-6339**

Date or dates debt was incurred

**12/31/2024**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:    $524.38    unknown
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Axon Development Corporation**

**15 Innovation Blvd Ste 210**

**Saskatoon, SK S7N 2X8,**

Date or dates debt was incurred    **12/31/2024**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $1,627.00**

---

**3.2**   Nonpriority creditor's name and mailing address

**COMDATA FUEL CARD**

**5301 MARYLAND WAY**

**Brentwood, TN 37027**

Date or dates debt was incurred    _____

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: unknown**

---

**3.3**   Nonpriority creditor's name and mailing address

**Eagle Country Ford**

**215 E Main St**

**Sidney, MT 59270**

Date or dates debt was incurred    **01/02/2025**

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $153.00**

---

**3.4**   Nonpriority creditor's name and mailing address

**ELAN CREDIT CARD**

**PO Box 790408**

**Saint Louis, MO 63179-0408**

Date or dates debt was incurred    _____

Last 4 digits of account number    — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **CREDIT CARD**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $1,185.33**

Name

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**INSURANCE CO. OF THE WEST**

**15025 INNOVATION DRIVE**

**San Diego, CA 92128**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:                          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WORKERS COMP OF NEVADA**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**KC Sandcastle LLC**

**101 10th Ave**

**Sidney, MT 59270**

Date or dates debt was incurred   **07/09/2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:                          $6,746.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Keltz F Hall**

**PO Box 662**

**Sidney, MT 59270**

Date or dates debt was incurred   **09/18/2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:                          $10,129.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOAN**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**MONTANA STATE FUND**

**PO Box 4759**

**Helena, MT 59604-4759**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:                          $31,946.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOAN**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

**NATALIE JUNE HERNANDEZ**

**C/O BARBARA W. GALLAGHER**

**790 COMMERCIAL STREET**

**Elko, NV 89801**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.10** Nonpriority creditor's name and mailing address

**PILOT / FLYING J**

**5500 LONAS DR STE 260**

**Knoxville, TN 37909**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FUEL CARD**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.11** Nonpriority creditor's name and mailing address

**RICHLAND COUNTY TREASURER**

**201 W MAIN**

**Sidney, MT 59270**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PROPERTY TAXES**

Is the claim subject to offset?
☑ No
☐ Yes

$6,521.46

---

**3.12** Nonpriority creditor's name and mailing address

**Semi Service INC**

**4285 West 1385 South**

**Salt Lake City, UT 84104**

Date or dates debt was incurred **10/23/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **REPAIRS**

Is the claim subject to offset?
☑ No
☐ Yes

$61,426.86

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $343.25 |

**United Heritage Life Insurance**

**PO Box 35109**

**Seattle, WA 98124-5109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     01/01/2025

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

| Debtor | KC Transport, LLC | Case number *(if known)* | 1:25-bk-10010 |
|--------|-------------------|--------------------------|----------------|
|        | Name              |                          |                |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $533.83 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $120,079.45 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $120,613.28 |

Debtor name _____ **KC Transport, LLC** _____

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____ **1:25-bk-10010** _____ Chapter __ **11** __

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **RENT** | **CARDIOMED INC PROFIT SHARING TRUST** |
| | | | **PO Box 592** |
| | State the term remaining | **0 months** | **Draper, UT 84020** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **RENT & COMPANY HOUSING** | **ELKO REALTY** |
| | | | **1085 IDAHO STREET** |
| | State the term remaining | **0 months** | **Elko, NV 89801** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **STORAGE LEASE** | **ESM 2, LLC** |
| | | | **3250 SUNDACE DR** |
| | State the term remaining | **0 months** | **Elko, NV 89801** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **OXYGEN TRAILER** | **LEHIGH EQUIPMENT CO** |
| | | | **5545 REGAL RIDGE DR** |
| | State the term remaining | **0 months** | **Burlington, KY 41005** |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

State what the contract or lease is for and for the nature of the debtor's interest

RENT LEASE

MONTE CARLO APARTMENT HOMES

505 COPPER ST #B

State the term remaining

0 months

Elko, NV 89801

List the contract number of any government contract

---

**2.6**

State what the contract or lease is for and for the nature of the debtor's interest

LEASE

Contract to be REJECTED

MOTIVE

55 HAWTHORNE STREET STE 400

State the term remaining

0 months

San Francisco, CA 94105

List the contract number of any government contract

---

**2.7**

State what the contract or lease is for and for the nature of the debtor's interest

OXYGEN BOTTLE

Norco Inc

PO Box 35144

State the term remaining

0 months

Seattle, WA 98124-5144

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name  **KC Transport, LLC**

United States Bankruptcy Court for the: District of  **Montana**
(State)

Case number (If known):  **1:25-bk-10010**

☐ Check if this is an amended filing

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.  Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

1:25-bk-10010-BPH    Doc#: 9    Filed: 02/07/25    Page 35 of 56

**Fill in this information to identify the case:**

Debtor name _____**KC Transport, LLC**_____

United States Bankruptcy Court for the:

_____**District of Montana**_____

Case number (if known): ___**1:25-bk-10010**___ Chapter ___**11**___

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..........................................................................................

   | $392,515.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................

   | $3,835,560.42 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................................

   | $4,228,075.42 |

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................

   | $1,940,622.31 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   | $533.83 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

   | + $120,079.45 |

4. **Total liabilities**..........................................................................................................
   Lines 2 + 3a + 3b

   | $2,061,235.59 |

Fill in this information to identify the case:

Debtor name        **KC Transport, LLC**

United States Bankruptcy Court for the:

       **District of Montana**

Case number (if known):    **1:25-bk-10010**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$165,406.87** |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,577,003.00** |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$7,743,696.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **Loeb Term Solutions LLC**<br>Creditor's name<br>**8609 W Bryn Mawr Ste 208**<br>Street<br><br>**Chicago, IL 60631**<br>City      State    ZIP Code | **01/06/2025**<br>**01/13/2025**<br>**1/29/2025**<br>**1/29/2025** | **$172,493.63** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.2.** **Verdant Commercial Capital, LLC**<br>Creditor's name<br>**9987 Carver Rd Ste 110**<br>Street<br><br>**Cincinnati, OH 45242**<br>City      State    ZIP Code | **11/14/2024**<br>**12/13/2024**<br>**1/14/2025** | **$15,327.60** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.3.** **Wallwork Financial**<br>Creditor's name<br>**PO Box 628**<br>Street<br><br>**Fargo, ND 58107**<br>City      State    ZIP Code | **11/15/2024**<br>**12/16/2024**<br>**01/16/2025** | **$25,772.07** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.4.** **Yellowstone Bank**<br>Creditor's name<br>**120 2nd Street NW**<br>Street<br><br>**Sidney, MT 59270**<br>City      State    ZIP Code | **11/05/2024**<br>**12/05/2024**<br>**1/07/2025** | **$8,427.39** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.5.** **BERKLEY INSURANCE**<br>Creditor's name<br>**PO Box 639831**<br>Street<br><br>**Cincinnati, OH 45263**<br>City      State    ZIP Code | **11/18/2024**<br>**12/18/2024** | **$9,062.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

3.6. **BLUE CROSS BLUE SHIELD OF MT**    11/24/2024    $39,465.92
Creditor's name

**PO Box 650615**    12/30/2024
Street

**Dallas, TX 75265-0615**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.7. **CARDIOMED INC PROFIT SHARING TRUST**    12/31/2024    $21,600.00
Creditor's name

**PO Box 592**
Street

**Draper, UT 84020**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.8. **COMDATA FUEL CARD**      $33,394.99
Creditor's name

**5301 MARYLAND WAY**
Street

**Brentwood, TN 37027**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.9. **ELAN CREDIT CARD**    12/2/2024    $19,784.45
Creditor's name

**PO Box 790408**    12/13/2024
Street

   1/20/2025

**Saint Louis, MO 63179-0408**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.10. **ELKO REALTY**    11/1/2024    $9,007.47
Creditor's name

**1085 IDAHO STREET**    12/1/2024
Street

   12/31/2024

**Elko, NV 89801**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.11. **FIRST INSURANCE FUNDING CORP**    12/26/2024    $24,255.80
Creditor's name

**PO Box 7000**    1/20/2025
Street

   1/22/2025

**Carol Stream, IL 60197-7000**
City    State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

3.12. **G3 ADVISORS**
Creditor's name

**PO Box 7051**
Street

**Williston, ND 58803**
City                State    ZIP Code

**12/19/2024**          **$10,239.16**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.13. **INSURANCE CO. OF THE WEST**
Creditor's name

**15025 INNOVATION DRIVE**
Street

**San Diego, CA 92128**
City                State    ZIP Code

**11/15/2024**          **$29,055.33**
**11/16/2024**
**12/17/2024**
**1/17/2025**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.14. **KENWORTH SALES**
Creditor's name

**PO Box 27088**
Street

**Salt Lake City, UT 84127**
City                State    ZIP Code

**$11,669.60**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.15. **LEHIGH EQUIPMENT CO**
Creditor's name

**5545 REGAL RIDGE DR**
Street

**Burlington, KY 41005**
City                State    ZIP Code

**11/01/2024**          **$10,200.00**
**12/09/2024**
**1/15/2025**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.16. **MONTANA STATE FUND**
Creditor's name

**PO Box 4759**
Street

**Helena, MT 59604-4759**
City                State    ZIP Code

**11/27/2024**          **$11,713.62**
**12/31/2024**
**1/28/2025**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.17. **MONTE CARLO APARTMENT HOMES**
Creditor's name

**505 COPPER ST #B**
Street

**Elko, NV 89801**
City                State    ZIP Code

**12/31/2024**          **$8,960.00**
**12/21/2024**
**1/15/2025**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.18. **PILOT / FLYING J**
Creditor's name

**5500 LONAS DR STE 260**
Street

**Knoxville, TN 37909**
City                State    ZIP Code

**1/13/2025**          **$141,644.54**
**1/20/2025**
**1/27/2025**

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Debtor | KC Transport, LLC | | Case number (if known) | 1:25-bk-10010 |
|---|---|---|---|---|
| | Name | | | |

**3.19.** **RICHLAND COUNTY TREASURER**
Creditor's name

**201 W MAIN**
Street

**Sidney, MT 59270**
City                    State        ZIP Code

**12/02/2024**        **$8,280.32**

**12/02/2024**

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**3.20.** **Semi Service INC**
Creditor's name

**4285 West 1385 South**
Street

**Salt Lake City, UT 84104**
City                    State        ZIP Code

**10/10/2024**        **$27,109.43**

_____

_____

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other _____

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **Keltz F Hall**<br>Creditor's name<br><br>**PO Box 662**<br>Street<br><br><br>**Sidney, MT 59270**<br>City          State     ZIP Code<br><br>Relationship to debtor<br><br>_____ | **7/12/2025**<br><br>**7/26/2024**<br><br>**8/09/2024**<br><br>**8/23/2024**<br><br>**9/06/2024**<br><br>**9/20/2024**<br><br>**10/04/2024**<br><br>**10/18/2024**<br><br>**11/01/2024**<br><br>**11/15/2024**<br><br>**11/29/2024** | **$55,000.00** | **LOAN** |

4.2.   **Keltz F Hall**        **6/03/2024**        **$37,000.00**        **2017 CAMPER LOAN**
       Creditor's name

       **PO Box 662**          **6/03/2024**
       Street

       **Sidney, MT 59270**
       City                State    ZIP Code

       Relationship to debtor

---

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| City        State    ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | | | |
| Street | XXXX– __ __ __ __ | | |
| City        State    ZIP Code | | | |

---

**Part 3:**  Legal Actions or Assignments

---

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

---

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **NATALIE HERNANDEZ V COLTON LEE CHILDERS AND KC TRANSPORT LLC** | | **ELKO COUNTY DISTRICT COURT** Name | ☑ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | Case number | | **Elko, NV 89801** | |
| | **23-69** | | City          State     ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **STATE OF NEVADA V KENNETH COLE WIRTH AND KC TRANSPORT NEVADA LLC** | | **ELKO COUNTY DISTRICT COURT** Name | ☑ Pending |
| | | | | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | Case number | | **Elko, NV 89801** | |
| | | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | **Keltz F Hall** Custodian's name | **FISHER ESTATES 2 MOBILE HOME LOTS WITH MOBILE HOMES** | |
| | **PO Box 662** Street | Case title | Court name and address |
| | | | **N/A** Name |
| | **Sidney, MT 59270** City          State     ZIP Code | Case number | Street |
| | | Date of order or assignment | City          State     ZIP Code |

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                                State       ZIP Code

Recipient's relationship to debtor

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Patten, Peterman, Bekkedahl & Green PLLC** | **Attorney Fees ($25,000 - $5,037 used for pre-petition fees & costs, remaining amount $19,963 held in trust)** | **01/17/2025** | **$5,037.00** |

**Address**

**2817 2nd Ave N Ste 300**
Street

**Billings, MT 59101**
City                                State       ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**KC Sandcastle LLC**

---

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **BATTERMAN LAW OFFICE** | **LEGAL** | **2/13/2024** | **$1,372.50** |
| | Address | **LEGAL** | **3/18/2024** | **$697.50** |
| | **PO Box 985**<br>Street | **LEGAL** | **4/26/2024** | **$135.00** |
| | | **LEGAL** | **5/21/2024** | **$90.00** |
| | **Baker, MT 59313**<br>City          State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **WILLIAM VANHOOK AND VONNIE VANHOOK** | **12 ACRE PROPERTY AND BUILDINGS - 70% OF SALE ($1,470,000.00) WENT TO KC TRANSPORT 30% OF SALE ($630,000.00) WENT TO KC SANDCASTLE** | **2/01/2024** | **$1,470,000.00** |
| | Address | | | |
| | **35212 COUNTY RD, 127** | | | |
| | Street | | | |
| | | | | |
| | **Sidney, MT 59270** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **35212 COUNTY RD 127** | From **2013**  To **2024** |
| Street | |
| **Sidney, MT 59270** | |
| City          State     ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.

　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City　　State　ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|------------------------------|----------------------------|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|------------------------------|----------------------------|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|---------------------------|------------------------------|-------|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | City          State    ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | KC Transport, LLC | Case number *(if known)* | **1:25-bk-10010** |
|--------|-------------------|--------------------------|-------------------|

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---------------------------|-------------------------------------|-----------------|

25.1.

Name

Street

City          State     ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____

## 26. Books, records, and financial statements

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26a.1. **BRANDY MOOREHOUSE**<br>Name<br>**117 7TH AVE**<br>Street<br><br>**Sidney, MT 59270**<br>City          State     ZIP Code | From **01/2023**    To **01/24/2025** |

| Name and address | Dates of service |
|------------------|------------------|
| 26a.2. **VICKI SCHIEFFER**<br>Name<br>**117 7TH AVE**<br>Street<br><br>**Sidney, MT 59270**<br>City          State     ZIP Code | From **01/2023**    To **01/24/2025** |

| Name and address | Dates of service |
|------------------|------------------|
| 26a.3. **LEE SUSSE**<br>Name<br>**210 UNIVERSITY AVE**<br>Street<br><br>**Williston, ND 58801**<br>City          State     ZIP Code | From **01/2023**    To **01/24/2025** |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26b.1. **LEE SUSSE**<br>Name<br>**210 UNIVERSITY AVE**<br>Street<br><br>**Williston, ND 58801**<br>City          State     ZIP Code | From **2023**    To **2024** |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **KC TRANSPORT, LLC** <br> Name <br><br> **117 7TH AVE** <br> Street <br><br> **Sidney, MT 59270** <br> City            State            ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐None

| Name and address |
|---|
| 26d.1. **LOEB TERM SOLUTIONS, LLC** <br> Name <br><br> **222 S PROSPECT AVE 3RD FLOOR** <br> Street <br><br> **Park Ridge, IL 60068** <br> City            State            ZIP Code |

## 27.  Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑No

☐Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City            State            ZIP Code |

## 28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Keltz F Hall** | **PO Box 662 Sidney, MT 59270** | **MEMBER,** | **50.00%** |
| **KENNETH C WIRTH** | **117 7TH AVE Sidney, MT 59270** | **MEMBER,** | **50.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| | | | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. **Keltz F Hall** <br> Name <br> **PO Box 662** <br> Street <br><br> **Sidney, MT 59270** <br> City   State   ZIP Code <br><br> Relationship to debtor | **$253,026.76** | **2024** | **GUARANTEED PAYMENTS** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.2. **KENNETH WIRTH** <br> Name <br> **117 7TH AVE** <br> Street <br><br> **Sidney, MT 59270** <br> City   State   ZIP Code <br><br> Relationship to debtor | **$261,242.60** | **2024** | **GUARANTEED PAYMENTS** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

| Debtor | **KC Transport, LLC** | Case number *(if known)* | **1:25-bk-10010** |
|---|---|---|---|

Name

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/07/2025**
MM/ DD/ YYYY

**X** **/s/ Kenneth Cole Wirth**                Printed name                **Kenneth Cole Wirth**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Vice President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **17**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/07/2025**      **X** /s/ Kenneth Cole Wirth
        MM/ DD/ YYYY         Signature of individual signing on behalf of debtor

                                       **Kenneth Cole Wirth**
                                       Printed name

                                       **Vice President**
                                       Position or relationship to debtor

# United States Bankruptcy Court
## District of Montana

**In re**    KC TRANSPORT, LLC

Case No.   **1:25-BK-10010**

**Debtor**

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................................................... **$5,037.00**

Prior to the filing of this statement I have received ........................................................................ **$5,037.00**

Balance Due ..................................................................................................................................... **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor       ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor       ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.   GENERAL BANKRUPTCY COUNSEL, EXAMINATION OF CLAIMS, PREPARATION OF PLAN AND DISCLOSURE STATEMENT, ETC.

JAMES A. PATTEN IS THE LEAD ATTORNEY WITH AN HOURLY RATE OF $450.00. MOLLY S. CONSIDINE IS AN ASSOCIATE ATTORNEY AND HER HOURLY RATE IS $350.00. THE HOURLY RATES OF THE OTHER ATTORNEYS IN THE OFFICE RANGE FROM $250.00 - $400.00. THE HOURLY RATE OF THE PARALEGALS WORKING ON THIS CASE RANGE FROM $90.00 - $195.00.

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/07/2025** | **/S/ JAMES A. PATTEN** |
|---|---|
| *Date* | James A. Patten |
| | *Signature of Attorney* |
| | PATTEN PETERMAN BEKKEDAHL & GREEN |
| | 2817 SECOND AVE N STE 300 |
| | BILLINGS, MT 59101 |
| | Phone: (406) 252-8500 |
| | **PATTEN PETERMAN BEKKEDAHL & GREEN** |
| | *Name of law firm* |

---