| Home Accounting Office items KCT | |
|---|---|
| **Items** | **value** |
| 1- office desk | 50 |
| 1- Cannon mf820 color printer | 100 |
| 4- printer drums | 150 |
| 3- printer toners | 150 |
| I electric adding machine | 20 |
| 2 computer monitors 1080 20 inch | 25 |
| 2 computer towers 1 old 1 newer | 100 |
| 1- computer mouse | 1 |
| 1 computer keyboard | 1 |
| 2 -surge protector | 1 |
| 1 metal two-drawer file cabinet | 25 |
| 2- box miscellaneous office supplies - variou pens.paperclips,post it notes,printer paper,file folders,tape dispenser,dymo label printer,stapler | 50 |
| 1 desk lamp 5 | 5 |
| 1 small space heater | 5 |
| 1 older used laptop | 50 |
| | $733.00 |

| amount | Discription | value |
|---|---|---|
| | **Elko NV Office Supplies** | |
| | | |
| 2 | electric paper shredders | 50 |
| 2 | dell computer towers dated windows 10 | 100 |
| 8 | office chairs | 80 |
| 4 | computer keyboards | 4 |
| 2 | office desks | 50 |
| 4 | 4 drawer office desks | 100 |
| 2 | lg computer montors1080 20 inch | 50 |
| 2 | HP office jet 6078 printers | 30 |
| 1 | HP office jet pro 8702 printer | 25 |
| 1 | Xerox work center 651B printer | 50 |
| 3 | HP 1080 monitors 15 inch | 30 |
| 1 | storage stand | 10 |
| 2 | HP envy 4520 printer | 30 |
| 2 | office jet 2830 printer | 30 |
| 1 | office laser jet 1530 dnf MFP printer | 50 |
| 1 | office desks | 25 |
| 2 | acer laptops used needs work | 30 |
| 1 | electric veri desk (stand up desk) | 50 |
| 1 | refrigerator the bottom is cold and top is frezer | 25 |
| 6 | folding chairs | 30 |
| 1 | employee time car machine | 15 |
| 1 | HP laptop needs work | 25 |
| 2 | microwaves | 50 |
| 1 | brother priner 8610 CDW | 25 |
| | | |
| 1 | Toyota Propane fork lift | 3500 |
| 1 | parts cleaning solvent tank | 50 |
| 1 | air jacks | 100 |
| 1 | hyper thermal powermax 30 plasma cutter | 1500 |
| 1 | 4 drawer Husky tool box | 100 |
| 1 | box of miscilaneous tools | 300 |
| 2 | 12 ton jack stands | 50 |
| 2 | bolt and fastner bins | 50 |
| 1 | wood hand saw | 10 |
| 1 | electric chop saw | 25 |
| 1 | 36" shop fan | 25 |
| 1 | mig wire feed welder 212 auto | 200 |
| 1 | Dewalt portabal band saw | 25 |
| 1 | maddock air bead sealer for truck tires | 25 |
| 1 | schumacker battery charger 12/24v | 25 |
| 1 | cutting torch and gasses | 150 |

| Qty | Item | Price |
|---|---|---|
| 2 | floor jacks | 25 |
| 1 | matco a/c recharge machine | 50 |
| 2 | 48" pipe wrenches | 96 |
| 2 | 36" pipe wrenches | 36 |
| 2 | 24" pipe wrench | 48 |
| 1 | 18 " pipe wrench | 18 |
| 1 | 12 " pipe wrench | 12 |
| 4 | tire mounting devices and tire hammer | 50 |
| 1 | 48 " chemical cabnietfire proof | 50 |
| 1 | 5 foot chemical cabinet | 100 |
| 1 | snap on tool box 4 drawer | 200 |
| 1 | snap on tool box 7 drawer | 250 |
| 1 | Torque wrench 3t660 | 50 |
| 1 | Hottsy power washer | 500 |
| Miac | ratchets and chain binders | 100 |
| 1 | safe rack M# maui for tire changes | 100 |
| 1 | pipe rack | 25 |
| 1 | semi grill | 25 |
| 1 | North star power washer | 500 |
| 3 | scoop shovel | 15 |
| 4 | shop push brooms | 15 |
| 1 | Cat 256 skiddsteer | 18000 |
| 4 | truck mount pneumatic bloweers | 8000 |
| 1 | BBQ grill silver used | 20 |
| Misc | multile sets of tire chains 22.5's and 24.5s | 500 |
| 1 | transmission stand | 100 |
| 1 | wet kit fir truck | 3500 |
| 1 | oil drain catch pain ground level | 20 |
| 1 | mop bucket | 5 |
| misc | shop shelving wood and metal | 50 |
| 2 | Hose binding tools for making 3-6" hose fitting | 50 |
| misc | various tank gauges pressure gages | 20 |
| 1 | mixed socket set | 10 |
| 1 | service truck air compressor gase powered | 1500 |
| 1 | slip tank | 50 |
| 1 | truck mounted hoist crane | 500 |
| 1 | rigid shop vac | 25 |
| 1 | sawsall hand tool | 5 |
| 1 | electric hand grinder | 5 |
| 1 | electric hand drill | 5 |
| 1 | 3/4 air impact | 25 |
| 1 | 1 inch air impact | 50 |
| 1 | electric impact hand tool | 25 |
| 5 | bottle jacks various tonnages | 75 |

| Qty | Description | Price |
|---|---|---|
| 3 | px01162 air filters new | 25 |
| 4 | AF25858 air filtter new | 50 |
| 1 | Heater motor assembly | 20 |
| 17 | K37 1004 fuel filter new | 100 |
| misc | various p551005 fuel fillter | 25 |
| 8 | FF5319 fuel fillter | 80 |
| 6 | P551000 filtters | 120 |
| 2 | K371029 filters | 40 |
| 17 | FS36401 Fuel Fillters | 100 |
| 1 | box airators | 20 |
| 1 | box of cab fillters | 20 |
| 7 | Air dryer cartridges | 70 |
| 4 | buckets of bolts and nuts mixed | 25 |
| misc | brake pads and shoes | 200 |
| 5 | Pick up air filters | 25 |
| 1 | 100 foot of 1/2 air brake hose | 100 |
| 16 | tie down bars for reefer or dry van (load locks) | 160 |
| 75 | tie down straps various | 250 |
| misc | wheel seal kits | 30 |
| 1 | 50 foot trailer cable for lights (6 wire) new | 25 |
| 3 | wheel hubs | 75 |
| 8 | front brake shooes semi trucks | 300 |
| 6 | trailer brake shoes | 200 |
| misc | assorted truck and trailer repalcment airbags | 200 |
| Misc | Various PTO parts | 200 |
| 10 | PTO drive lines | 500 |
| | | |
| | | 44,864.00 |

**Home office items, Billing, Jeannine's KCT**

| Description | Value |
|---|---|
| (3) Boxes of miscellaneous office supplies -Various paper clips,pens,highlighters,printer paper, file folders,envelops,staples,scissors,letter opener,stapler,tape dispenser, small handheld calculator,2 hole punch, Dymo label maker | 50 |
| | |
| 1 -large electric shredder | 20 |
| 2- 20 inch 1080 computer monitors | 50 |
| 2 monitor risers | 10 |
| 2 -basic office computer towers 1 newer 1 old and dated | 100 |
| 1- laptop older | 25 |
| 1-simple computer cored keyboard | 1 |
| 1-simple corded mouse | 1 |
| 10 small file bins - desk top organizers | 5 |
| 1-Office desk | 50 |
| 12 drawer file cabinet | 20 |
| 1-3 drawer file cabinet | 25 |
| 1 - cannon image runner c356 color printer | 100 |
| 1 - printer stand | 50 |
| 4 toner cartridges | 150 |
| 1- toner waste bin | 25 |
| 1 - small space heater | 1 |
| | |
| | $683.00 |

| Accounts payable home office items list KCT | |
|---|---|
| Discription | value |
| | |
| 1 - 3 drawer file cabinet | 25 |
| 1- 2 drawer file cabinet | 25 |
| 1 - dated HP8600 black  ink printer | 25 |
| 7 -ink cartridges | 250 |
| 1 electric adding machine | 20 |
| 2 computer monitors 1080 20 inch | 50 |
| 1 older used lasptop | 50 |
| 2 mnonitor riser | 5 |
| 1 small space heater | 10 |
| 2 file trays desk top orginizer | 10 |
| small trash can | 5 |
| computer speaker plug in | 1 |
| 2 boxes miscellaneous office supplies - stapler,pen holder,tape dispenser,file fiolders,various paper clips,pens,highlighters,printer paper,envelopes,staples | 50 |
| 2 computer towers ,1 old and 1 newer | 100 |
| | $626.00 |