# SIX-MONTH POST-PETITION CASH PROJECTIONS
## (CHAPTER 11 BUSINESS DEBTOR)

Case No __1:25-bk-10010__

Debtor __KC Transport, LLC__

| | Month: February | Month: March | Month: April | Month: May | Month: June | Month: July | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $109,183.35 | $104,039.53 | $107,101.71 | $106,531.29 | $-1849.73 | $-43784.32 | $109,183.35 |
| **CASH RECEIPTS** | | | | | | | |
| Cash Sales | $75,000 | $75,000 | $75,000 | $77940 | $97940 | $97,940 | $498,820 |
| Collection of Receivables | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | | | | | | | |
| Other: Mobile Rents | $1600 | $1950 | $1950 | $1950 | $1950 | $1950 | $11,350 |
| Other: Machine Rent | $1600 | $2000 | $1000 | $1000 | $1000 | $1000 | $7,600 |
| **TOTAL CASH RECEIPTS** | $78,200 | $78,950 | $77,950 | $80890 | $100,890 | $100,890 | $517,770 |
| **CASH DISBURSEMENTS** | | | | | | | |
| Auto/Truck Expenses | $1,000.00 | $1000.00 | $1000.00 | $2000.00 | $2000.00 | $2000.00 | $9000.00 |
| Employee Benefits | | | | | | | |
| Insurance | $3198 | 0.00 | 0.00 | $100,985 | $75,510.81 | $37,757.87 | $217451.68 |
| Inventory Purchases | $2000 | $2000 | $2000 | $3000 | $3000 | $3000 | $15,000 |
| Officer Salaries | | | | | | | |
| Other Salaries/Wages | $35,014 | $32,679 | $32,679 | $49,723 | $36,099 | $36,099 | $222,293 |
| Payroll Taxes | $10,407 | $11,044 | $13,167 | $16,843 | $12,696 | $14,817 | $78,974 |
| Rent and Lease Payments | $18,416.89 | $15,856.89 | $12,854.40 | $3400 | $3400 | $3400 | $57,328.18 |
| Repairs and Maintenance | $2500 | $2500 | $2500 | $2500 | $2500 | $2500 | $15,000 |
| Secured Debt Payments | $2290.33 | $2290.33 | $2290.33 | $2290.33 | $2290.33 | $2290.33 | $13,741.98 |
| Supplies Office/Axon | $1076 | $1076 | $1076 | $1076 | $1076 | $1076 | $6456 |
| Utilities/Verizon | $2741.60 | $2741.60 | $1953.69 | $1953.69 | $252.45 | $252.45 | $9895.48 |
| Professional Fees*Accountant (2024 Tax Prep) | | | $4300 | | | | $4300 |
| UST Quarterly Fees | | | | | | | |
| Other: Fuel | $3200 | $3200 | $3200 | $4000 | $4000 | $4000 | $21,600 |
| Other: License Trucks | $1500 | $1500 | $1500 | $1500 | | | $6000 |
| **TOTAL CASH DISBURSEMENTS** | $83,343.82 | $75,887.82 | $78,520.42 | $189,271.02 | $142,824.59 | $107,192.65 | $677,040.32 |
| **NET CASH FLOW** | -5,143.82 | 3,062.18 | -570.42 | -108,381.02 | -41,934.59 | -6302.65 | -159,270.32 |
| **Ending Cash Balance** | $104,039.53 | $107,101.71 | $106,531.29 | $-1849.73 | $-43784.32 | $-50,086.97 | $-50,086.97 |

*Requires Court approval*

EXHIBIT A

5. DIP Account is in the process of being opened with Stockman Bank.

30502

**KC Transport LLC**
35212 County Road 127
Sidney, MT 59270
406-433-7263

**FIRST INTERNATIONAL BANK & TRUST**
(701) 842-2781
P.O. Box 607
100 Main St.
Watford City, ND 58854

77-503/913

*** NINETY FIVE 58 /100 DOLLARS

PAY

TO THE
ORDER OF

Kelly, Jeffrey D
34549 County Rd 129
Sidney MT 59270

DATE
November 01, 2024

AMOUNT
$ 95.58

AUTHORIZED SIGNATURE

⑈030502⑈    ⑈1388⑈

>092905142< 20250129
Yellowstone Bank
Drawer#/Trans#: 00903/0007
HIN: 916012080000020

<0092905142> 903 7 01/29/25

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT _____ DATE _____
Credited to the Account of
the within named Payee.
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSEMENT GUARANTEED
THE YELLOWSTONE BANK
Sidney, Montana

EXHIBIT
**B**



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263



FIRST INTERNATIONAL BANK & TRUST

(701) 642-7291
P.O. Box 607
133 Main West
Watford City, ND 58854

77-503/913

30383

PAY \*\*\* ONE THOUSAND SIX HUNDRED AND TWENTY SEVEN 00 /100
DOLLARS

| | DATE | AMOUNT |
| --- | --- | --- |
| | December 30, 2024 | $ 1,627.00 |

TO THE ORDER OF

Axon Development Corporation
15 Innovation Blvd STE 210
Saskatoon SK  S7N 2X8

AUTHORIZED SIGNATURE

⑈030383⑈  ⑈⑈  �: 1386⑈:

DSPACE: 4001004
DSPTR: 079785-003
ITEMS02 1
LOC: Location00

Security Features:

Hologram

Heat Sensitive Ink

True Watermark

Aspiration Properties

The security features listed below, as well as those not listed, exceed industry guidelines.

* Multi-denominational foil coat used to check stock. Cannot be photocopied.
* Heat sensitive image with fingers or breathe on it. The image will fade and reappear. Cannot be photocopied.
* Hold check to a light source to view. Cannot be photocopied.
* Chromeny/paper bond color tone to paper does wither. Damage is visible within copies/copies/copies
* Stains or spots may appear if chemical alteration attempts are made.
* MP Small type in check border appears as dotted line when copied.
* Text alerts handler to security features
* Document made with technology to prevent most copiers from creating a clear copy.
* Discourages cut-and-paste alterations.

RS-77

Padlock design is a certification mark of the Check Payment Systems Association

Developer Prayer and Chemical Spot Detection Area

Document Back Pattern

Document Warning Band

Ink Technology

© Padlock design is a certification mark of the Check Payment Systems Association

ENDORSE HERE

Deposit to the Credit of
Axon Development Corp.
TR # 0730-4603 ACG. #400-100-4

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT ___ NAME OF FINANCIAL INSTITUTION ___ DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

**30390**

**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

FIRST INTERNATIONAL BANK & TRUST
(701) 845-2961
P.O. Box 607
180 North Main
Watford City, ND 58854

77-503/913

*** THIRTY ONE 90 /100 DOLLARS

PAY

TO THE
ORDER OF

Richland County Landfill
PO Box 847
Sidney MT 59270

| DATE | AMOUNT |
|---|---|
| January 02, 2025 | $ 31.90 |

AUTHORIZED SIGNATURE

⑈"030390⑈"            ⑈1386⑈"

ENDORSE HERE

PAY TO THE ORDER OF
GLASGOW BANK
SIDNEY, MT 59270-4123
0.3906849

NAME OF FINANCIAL INSTITUTION
RICHLAND COUNTY TREASURER

CHECK HERE IF MOBILE DEPOSIT ONLY
DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SBM 092905249
381515647030730

#0013 30 730 0013 1/29/2025 11:56:11 AM
Jan 23 2025
11:52:44:0666
30:730

30401



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

  (701) 842 5361
P.O. Box 607
100 North Main
Watford City, ND 58854



77-503/913

*** THREE THOUSAND FOUR HUNDRED 00 /100 DOLLARS

PAY

TO THE
ORDER OF

Lehigh Equipment Co
5545 Regal Ridge Dr.
Burlington KY 41005

DATE

January 15, 2025

AMOUNT

$ 3,400.00



AUTHORIZED SIGNATURE

⑈03040⑊⑈          ⑊386⑈

>042200910< 20250130
First Financial Bank
Drawer#/Trans#: 55604/0015
HIN: 916114510000052

PAY TO THE ORDER OF
FIRST FINANCIAL BANK
FOR DEPOSIT ONLY
LEHIGH EQUIPMENT CO., INC.



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

  

FIRST INTERNATIONAL BANK & TRUST
P.O. Box 607
100 North Main
Watford City, ND 58854

77-503/913

30402

\*\*\* ONE HUNDRED AND SEVENTY SIX 00 /100 DOLLARS

PAY

TO THE
ORDER OF

Terry's Pumpin and Potties
PO Box 2708
Elko NV 89803

DATE
January 15, 2025

AMOUNT
$ 176.00



AUTHORIZED SIGNATURE

⑈03040 2⑈          ⑈1386⑈

PAY TO THE ORDER OF
WELLS FARGO BANK, NA
FOR DEPOSIT ONLY
TERRYS PUMPIN & POTTIES INC
5383248365



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

 FIRST INTERNATIONAL BANK & TRUST

(701) 842-2061
P.O. Box 607
100 North Main
Watford City, ND 58854

 77-503/913



30403

*** ONE HUNDRED AND SEVENTY 71 /100 DOLLARS

PAY

TO THE
ORDER OF

New Mexico Taxation & Revenue Department
PO Box 5188
Sante Fe NM 87502-5188

DATE

January 20, 2025

AMOUNT

$ 170.71



AUTHORIZED SIGNATURE

⑈03040311⑈                    ⑊138611⑊

04 20252701 00905985 3 9 GEN

04 20252701 00905985 3 9 GEN WDTGEN

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

For Deposit Only
WELLS FARGO
Acct. No. 7740

NAME OF FINANCIAL INSTITUTION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DATE



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

30404



FIRST INTERNATIONAL BANK & TRUST
(701) 842-7301
P.O. Box 607
100 North Main
Watford City, ND 58854

77-503/913



\*\*\* SEVENTY THREE 50 /100 DOLLARS

PAY

| | | DATE | AMOUNT |
|---|---|---|---|
| TO THE ORDER OF | | January 21, 2025 | $ 73.50 |

DISA, Inc
Dept. 3731
PO Box 123731
Dallas TX 75312-3731



AUTHORIZED SIGNATURE

⑈′030404⑈′                      ⑈386⑈′

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK NATIONAL ASSOCIATION
00000 00107 0030 0893731>359681473575<DAL

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION

AT
NAME OF FINANCIAL INSTITUTION      DATE



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263



FIRST INTERNATIONAL BANK & TRUST
(701) 842-2051
P.O. Box 607
100 North Main
Watford City, ND 58854

77-503/913



30405

\*\*\* ONE HUNDRED AND FIFTY THREE 00 /100 DOLLARS

PAY

| TO THE ORDER OF | DATE | AMOUNT |
|---|---|---|
| | January 21, 2025 | $ 153.00 |

Eagle Country Ford
215 E Main St.
Sidney MT 59270

AUTHORIZED SIGNATURE

�émⓄ3040! ⑆386⑈

ENDORSE HERE

PAY TO THE ORDER OF
STOCKMAN BANK
SIDNEY MT 59270
FOR REMOTE DEPOSIT ONLY
NARAGHE COUNTRY FORD
FOR DEPOSIT ONLY
AT EAGLE COUNTRY FORD
CHECK HERE BEFORE OR SIGN BELOW THIS LINE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SBM 092905249
380682247030430

#0049 30 1430 0049 1/28/2025 12:44:09 PM
Jan 28 2025
12:43 44 0936
30/1430



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

30406



FIRST
INTERNATIONAL
BANK & TRUST

7011 842 7766
P.O. Box 607
138 North Main
Watford City, ND 58854

77-503/913



\*\*\* NINE HUNDRED AND SEVENTY FIVE 00 /100 DOLLARS

PAY

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | January 21, 2025 | $ 975.00 |

Four Seasons Towing
812 White Oak Dr
Spring Creek NV 89815

AUTHORIZED SIGNATURE

⑈03040⑈        ⑆1386⑈

**Security Features:**

Hologram

Host Rainbow Ink

Toner Adhesion Properties

Chemically Sensitive Paper and Chemical Wash Detection Area
(Microprinting)

High Resolution Warning Band

Anti Copy Technology

Original Document "Duck Pattern"

The security features listed below as well as those not listed, exceed industry guidelines.

RB-77

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AT _____ NAME OF FINANCIAL INSTITUTION _____ DATE _____

● ENDORSE HERE

30407



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263


FIRST
INTERNATIONAL
BANK & TRUST
(701) 843-3361
P.O. Box 407
100 Main Main
Walford City, ND 58824

77-503/913

 

*** ONE THOUSAND FIVE HUNDRED AND NINETY 15 /100 DOLLARS

PAY

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF | January 21, 2025 | $ 1,590.15 |

Hunt & Sons Inc
PO Box 103501
Pasadena CA 91189-3501

AUTHORIZED SIGNATURE

⑈030407⑈ ⑈ ⑈⑈1386⑈ ⑈⑈0000159015⑈

JPMORGANCHASE BK NA CR TO NMD
012725 >074909962< PAYEE ALL
00000368 0103501 RTS RSVD
000079232_0024 000000052665 0253

30408



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263



FIRST INTERNATIONAL BANK & TRUST
(701) 842-2361
P.O. Box 607
100 North Main
Watford City, ND 58854

77-503/913

\*\*\* THREE HUNDRED AND SEVENTY EIGHT 20 /100 DOLLARS

PAY

TO THE
ORDER OF

| DATE | AMOUNT |
|------|--------|
| January 21, 2025 | $ 378.20 |

Napa Auto Part of Sidney
PO Box 566
Sidney MT 59270

AUTHORIZED SIGNATURE

⑈"030408⑈"                                          ⑈386⑈"

CHECK HERE FOR DEPOSIT ONLY/QUOTE DEPOSIT ONLY

PAY TO THE ORDER OF
STOCKMAN BANK
SIDNEY, MT 59270
092905249
381538063030630
SIDNEY AUTO SUPPLY LLC

NAME OF FINANCIAL INSTITUTION

AT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

DATE

SBM 092905249
381538063030630
#0034 30 630 0034 1/29/2025 12:32:24 PM
12:30 06:0710
630/630



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

30409

  

FIRST
INTERNATIONAL
BANK & TRUST

(701) 842-2381
P.O. Box 607
190 North Main
Watford City, ND 58854

77-503/913

\*\*\* EIGHTY NINE 38 /100 DOLLARS

PAY

TO THE
ORDER OF

DATE
January 21, 2025

AMOUNT
$ 89.38

Napa auto parts - Elko
PO Box 1425
Twin Falls ID 83303-1425

52092

AUTHORIZED SIGNATURE

⑈"030409"         1386�"

6841742040

CHECK HERE NAPA AUTO PARTS CO DEPOSIT ONLY
0120006010
PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY



## KC TRANSPORT LLC
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263



**FIRST INTERNATIONAL BANK & TRUST**

7015 842-2081
P.O. Box 907
100 North Main
Watford City, ND 58854

77-503/913



30410

\*\*\* ONE HUNDRED AND SIXTY THREE 99/100 DOLLARS

PAY

TO THE
ORDER OF

| | DATE, | AMOUNT |
|---|---|---|
| | January 21, 2025 | $ 163.99 |

Norco Inc
PO Box 35144
Seattle WA 98124-5144

AUTHORIZED SIGNATURE

⑈'030410⑈' ⑈      ⑈1386⑈'

ENDORSE/CREDIT TO THE ACCT OF THE
NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK, N.A.
TUKWILA, WA 98188
Acct #4121765208
Box_Num  413124
ELECTRONICALLY DEPOSITED 20250128
CHK#30410/$163.99MOBILE OR REMOTE OF POST ONLY

FACE OF THIS CHECK, TOP TO BOTTOM
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

This security features listed below are included on this check and exceed Industry guidelines.

RS-21

**Security Features:**

**Hologram**
- 'Applicable preprinted color to be used.

**Heat Sensitive Ink**
- Heat sensitive ink changes or becomes invisible if the image will fade and reappear.

**True Watermark**
- Hold paper to a light source to view.
- Cannot be photocopied.

**Toner Admission Requires**

**Chemically Sensitive Papers**
**Chemical Wash Detection Area**
- Stains or spots may appear if chemical alteration is attempted.

**Microprinting**
- MP signature line appears as a solid line to the naked eye when copied.

**High Resolution Warning Band**
- Text disappears in security feature, disabled in the screen copied.

**Original Document Back Pattern**
- 'Cannot be made with technology to the best manufactured from creating a usable copy.

- Please design a credit or a member of the Check Payment Systems Association



**KC Transport LLC**
35212 County Road 127
Sidney MT 59270
406 433 7263



FIRST INTERNATIONAL BANK & TRUST
77 503/913

PAY

*** THREE HUNDRED AND SIXTY EIGHT 77 /100 DOLLARS

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| January 24 2025 | $ 368 77 |

Utah Child Support Services
PO Box 45011
Salt Lake City UT 84145-0011



AUTHORIZED SIGNATURE

⑈03050 7⑈                    ⑆386⑆

Batch700054972 CREDIT RECOVERY SERVICES 02 19812 5 ZIONS BANK

ENDORSE HERE

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AT _____

NAME OF FINANCIAL INSTITUTION _____ DATE _____

30411



**KC TRANSPORT LLC**
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263



FIRST INTERNATIONAL BANK & TRUST
(701) 842-0181
P.O. Box 607
160 North Main
Watford City, ND 58854



77-503/913

*** TWO THOUSAND SEVEN 00 /100 DOLLARS

PAY

TO THE
ORDER OF

| | DATE | AMOUNT |
|---|---|---|
| | January 21, 2025 | $ 2,007.00 |

Western Tire
1601 S. Central Ave.
Sidney MT 59270

AUTHORIZED SIGNATURE

⑈"030411"⑈                    ⑈386"⑈

ENDORSE HERE

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED
PAYEE. ABSENCE OF
ENDORSEMENT GUARANTEED

CHECK HERE FOR MOBILE/REMOTE DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

AT
NAME OF FINANCIAL INSTITUTION
DATE

SBM 082905248
399771616302330

#0063 302 1330 0063 2/19/2025 3:35:03 PM
46012100882
50214330



## KC TRANSPORT LLC
35212 COUNTY ROAD 127
SIDNEY, MONTANA 59270
(406) 433-7263

30412



FIRST
INTERNATIONAL
BANK & TRUST

(701) 947-7581
P.O. Box 647
50 North Main
Watford City, ND 58854

77-503/913

*** ONE THOUSAND SIX HUNDRED AND TWENTY SEVEN 00 /100

PAY                DOLLARS

TO THE
ORDER OF

| DATE | AMOUNT |
|---|---|
| January 21, 2025 | $ 1,627.00 |

Axon Development Corporation
15 Innovation Blvd STE 210
Saskatoon SK  S7N 2X8

AUTHORIZED SIGNATURE

⑈030412⑈ ⑈  ⑆1386⑈

DSPACC: 4001004
DSPTR: 0787-003
ITEMSEQ: 33
LOC: Location000

The security features listed below as well as those
not listed, exceed industry guidelines.

Security Features:

Hologram

Heat Sensitive Ink

True Watermark

* Hold check to a light source to view.
  Cannot be photocopied.

* Hold red image with fingers or breathe on
  it. The image will fade and reappear.

* Multi-dimensional foil seal fused to check
  stock. Cannot be photocopied.

Chemically Reactive Paper and
Toxic Technology

Microprint Detection Area

Explicit Warning Band

Chemical Absorbent Properties

* Chemically-sensitive area on paper turns
  various colors with penetration alterations.

* Spure or space may appear if chemical
  alteration attempts are made.

* MP-Small type in check border appears
  as dotted line when copied.

* Text alerts handler to security features.

* Document made with technology to prevent
  most copiers from creating a usable copy.

© Document Back Pattern • Discourages cut-and-paste alterations.

Document design is a participation mark of the Check Payment Systems Association.

RS-77

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT _____
NAME OF FINANCIAL INSTITUTION ___ DATE ___

ENDORSE HERE

Deposit to the Credit of
Axon Development Corp.
U.S. ACCOUNT
TR # 07376-033 ACG. #400-100-4

Exhibit C

**KC Transport LLC**
# Receivables History Report

Date: From 01/24/2025   To 01/31/2025        Type(s): Customer Payments,Non-Customer Payments        Report Option: Summary
Sort by: Date Entered

| Deposit | Date | Type | Name | Receivables Reference | Amount |
|---|---|---|---|---|---|
| 012825Hum... | 01/28/2025 | DP | Humboldt County Restitutio... | 257641 | 142.61 |
| 012825Alask... | 01/28/2025 | DP | Alaska National Insurance (... | 150094154 | 503.00 |
| 012925Barrick | 01/29/2025 | PY | Nevada Gold Mines LLC | 2000218161 | 16,463.33 |
| | | | | | 17,108.94 |

| Date: | | From 1/24/2025 | To 1/31/2025 | | **Exhibit D** |
|---|---|---|---|---|---|
| Check # | | Date | Reference | | Amount |
| Cardiomed Inc Profit Sharing Trust | | | | | |
| DD15317 | | 1/31/2025 | Nevada Shop Rent | $ | 7,200.00 |
| | | | | $ | 7,200.00 |
| Comdata | | | | | |
| ACH | | 1/27/2025 | Fuel | $ | 619.33 |
| | | | | $ | 619.33 |
| ESM 2, LLC | | | | | |
| DD15318 | | 1/31/2025 | Nevada Truck Lot Rent | $ | 2,254.40 |
| | | | | $ | 2,254.40 |
| Elko Realty | | | | | |
| ACH | | 1/31/2025 | Employee Housing | $ | 3,002.49 |
| | | | | $ | 3,002.49 |
| Health Equity | | | | | |
| ACH HSA PR 1.24.25 | | 1/24/2025 | Employee HAS | $ | 319.23 |
| | | | | $ | 319.23 |
| IRS | | | | | |
| ACH IRS PR 1.24.25 | | 1/24/2025 | IRS Taxes | $ | 20,522.85 |
| | | | | $ | 20,522.85 |
| Montana Department of Revenue | | | | | |
| ACH MT-DOR PR 1.24.25 | | 1/24/2025 | MT Unemployment | $ | 1,185.00 |
| | | | | $ | 1,185.00 |
| NV State Collection & Disbursement Unit | | | | | |
| | 30506 | 1/24/2025 | Nevada Child Support | $ | 503.21 |
| | | | | $ | 503.21 |
| Nevada Dept. of Employment, Training & Rehabiliton | | | | | |
| ACH Q4/2024 NV UI | | 1/31/2025 | Unemployment Insurance Qrt 4 2024 | $ | 1,553.41 |
| | | | | $ | 1,553.41 |
| Pilot/Flying J | | | | | |
| ACH | | 1/27/2025 | Fuel | $ | 284.06 |
| | | | | $ | 284.06 |
| Utah Child Support Services | | | | | |
| | 30507 | 1/24/2025 | Utah Child Support | $ | 368.77 |
| | | | | $ | 368.77 |
| | | | **Total Cash Disbursements** | $ | **37,812.75** |

Date: 1/24/2025 to 1/31/2025          Exhibit E

| Supplier | | Date Incurred | Amount | | Due Date | Purpose of Debt |
|---|---|---|---|---|---|---|
| Axon Development Corporation | | | | | 2/20/2025 | Accounting Software |
| | 226780 | 1/31/2025 | $ | 526.00 | | |
| | 226401 | 1/31/2025 | $ | 500.00 | | |
| | | | $ | 1,026.00 | | |
| Berkley Insurance Company | | | | | 2/5/2025 | Insurance |
| Berkley 020125 | | 1/27/2025 | $ | 3,198.00 | | |
| | | | $ | 3,198.00 | | |
| City of Elko Utility | | | | | 2/10/2025 | Utilities |
| City of Elko 005 021825 | | 1/29/2025 | $ | 123.94 | | |
| | | | $ | 123.94 | | |
| DISA, Inc | | | | | 2/28/2025 | Drug Testing |
| | 2719293 | 1/31/2025 | $ | 73.50 | | |
| | | | $ | 73.50 | | |
| GM Financial | | | | | | |
| GM 7826 021525 | | 1/24/2025 | $ | 1,408.29 | 2/15/2025 | Company vehicle |
| GM 9485 021625 | | 1/25/2025 | $ | 882.04 | 2/16/2025 | Company vehicle |
| | | | $ | 2,290.33 | | |
| Napa Auto Parts - Elko | | 1/23/2025 | $ | 112.87 | 2/20/2025 | Oil & filters, Parts |
| | | | $ | 112.87 | | |
| NV Energy | | | | | 2/17/2025 | Utilities |
| NV Energy 7768 021725 | | 1/30/2025 | $ | 35.47 | | |
| NV Energy 7941 021725 | | 1/30/2025 | $ | 29.27 | | |
| | | | $ | 64.74 | | |
| Norco Inc | | | | | | |
| 0042750401 | | 1/31/2025 | $ | 28.88 | 2/20/2025 | welding cylinders |
| | | | $ | 28.88 | | |
| Richland County Landfill | | | | | | |
| 02-00122188 | | 1/31/2025 | $ | 33.00 | 2/28/2025 | Trash |
| | | | $ | 33.00 | | |
| Sidney Water Department | | | | | | |
| Water 250 021025 | | 1/29/2025 | $ | 90.00 | 2/10/2025 | Utilities |
| | | | $ | 90.00 | | |
| Southwest Gas Corporation | | | | | | |
| SWG 8789 021825 | | 1/30/2025 | $ | 1,330.98 | 2/18/2025 | Utilities |
| | | | $ | 1,330.98 | | |
| Yellowstone Bank | | | | | | |
| Yellowstone 2018 020525 | | 1/24/2025 | $ | 2,809.13 | | |
| | | | $ | 2,809.13 | | |
| | | **Total Unpaid** | $ | **9,627.96** | | |

## KC Transport LLC
# Receivable Report - Detail

As of: 01/31/2025     From: 01/01/2025

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|

### All States Pavement Recycling & Stabilization INC. (all)
**Work:** 763-515-2599    **Email:** aprspayables@aprsgroup.net    **Fax:** 763-241-9196

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|
| 14988 | Invoice | | | 04/08/2019 | 29,888.83 | 18,519.33 |
| | Payment | 30299 | | 05/30/2019 | -3,650.00 | |
| | Payment | 30851 | | 08/19/2019 | -7,719.50 | |
| | | | | | 18,519.33 | 18,519.33 |

### American Well Solutions LLC

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|
| 19996 | Invoice | | | 05/01/2023 | 5,791.67 | 5,791.67 |
| 20144 | Invoice | | | 06/01/2023 | 5,791.67 | 5,791.67 |
| 20183 | Invoice | | | 07/01/2023 | 5,791.67 | 5,791.67 |
| 20460 | Invoice | | | 08/01/2023 | 5,791.67 | 5,791.67 |
| 20461 | Invoice | | | 09/01/2023 | 5,791.67 | 5,791.67 |
| 20462 | Invoice | | | 10/01/2023 | 5,791.67 | 5,791.67 |
| 20667 | Invoice | | | 11/01/2023 | 5,791.67 | 5,791.67 |
| 20668 | Invoice | | | 12/01/2023 | 5,791.67 | 5,791.67 |
| | | | | | 46,333.36 | 46,333.36 |

### Ash Grove Cement Company
**Work:** 801-263-3011    **Email:** mable.devdas@ashgrove.com

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|
| 21328 | Invoice | | | 12/16/2024 | 1,022.34 | .00 |
| | Payment | 691586 | | 01/07/2025 | -1,022.34 | |
| 21329 | Invoice | | | 12/16/2024 | 1,533.76 | .00 |
| | Payment | 691586 | | 01/07/2025 | -1,533.76 | |
| 21330 | Invoice | | | 12/22/2024 | 2,162.82 | .00 |
| | Payment | 692340 | | 01/17/2025 | -2,162.82 | |
| 21331 | Invoice | | | 12/22/2024 | 1,536.48 | .00 |
| | Payment | 692340 | | 01/17/2025 | -1,536.48 | |
| 21357 | Invoice | | | 01/06/2025 | 1,022.01 | 1,022.01 |
| 21358 | Invoice | | | 01/06/2025 | 1,534.75 | 1,534.75 |
| 21359 | Invoice | | | 01/13/2025 | 2,046.99 | 2,046.99 |
| 21368 | Invoice | | | 01/20/2025 | 1,023.00 | 1,023.00 |
| 21369 | Invoice | | | 01/20/2025 | 766.76 | 766.76 |
| 21374 | Invoice | | | 01/27/2025 | 1,535.50 | 1,535.50 |
| | | | | | 7,929.01 | 7,929.01 |

### Brock Transportation LLC
**Work:** 925-371-2184    **Email:** packetsi@brockweb.com

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|
| 18390 | Invoice | 569485 | | 01/10/2022 | 5,300.00 | 600.00 |
| | Payment | 569485 | 297836 | 03/14/2022 | -4,700.00 | |
| | | | | | 600.00 | 600.00 |

### CK Oilfield Services LLC (ck)

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|
| 17322 | Invoice | | | 04/30/2021 | 13,885.47 | 13,885.47 |

# Receivable Report - Detail

As of: 01/31/2025     From: 01/01/2025

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|---|---|---|---|---|---|---|
| 17419 | Invoice | | | 05/26/2021 | 17,571.87 | 17,571.87 |
| | | | | | 31,457.34 | 31,457.34 |

## Central Specialties INC. (cen)

**Work:** 320-762-7289    **Email:** marlysk@centralspecialties.com    **Fax:** 320-762-7290

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|---|---|---|---|---|---|---|
| 16374 | Invoice | | | 08/07/2020 | 20,157.50 | 1,732.50 |
| | Payment | 114558 | | 09/15/2020 | -1,437.50 | |
| | Credit | | | 09/15/2020 | -295.00 | |
| | Payment | 117629 | | 01/04/2021 | -15,180.00 | |
| | Credit | | | 01/04/2021 | -1,512.50 | |
| 16655 | Invoice | | | 10/27/2020 | 9,345.00 | 2.50 |
| | Payment | 116267 | | 10/27/2020 | -1,128.75 | |
| | Credit | | | 10/29/2020 | -78.75 | |
| | Payment | 116464 | | 11/05/2020 | -8,111.25 | |
| | Payment | 120038 | | 06/28/2021 | -23.75 | |
| 20045 | Invoice | Job# 23011 | | 05/17/2023 | 5,600.00 | 35.00 |
| | Payment | 134627 | | 05/30/2023 | -3,955.00 | |
| | Payment | 134808 | | 06/05/2023 | -1,610.00 | |
| 20070 | Invoice | Job# 23011 | | 05/26/2023 | 9,170.00 | 630.00 |
| | Payment | 134808 | | 06/05/2023 | -8,540.00 | |
| | | | | | 2,400.00 | 2,400.00 |

## Crane Solutions

**Work:** 281-233-9453    **Email:** cranesolutionsllc.audit@triumppay.com    **Fax:** 888-814-8916

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|---|---|---|---|---|---|---|
| 16067.01 | Invoice | 541953 | 20190424 | 02/21/2020 | 10,600.00 | 4,000.00 |
| | Payment | 541953 | 300008045 | 03/06/2020 | -6,600.00 | |
| 16067.02 | Invoice | 541953 | 20190424 | 03/18/2020 | 450.00 | 450.00 |
| 16214 | Invoice | 580266 | 20200515 | 05/15/2020 | 900.00 | 900.00 |
| 16572 | Invoice | 95213 | | 10/05/2020 | 550.00 | 550.00 |
| Unapplied | Payment | | | 02/04/2020 | -900.00 | -900.00 |
| Unapplied | Payment | | | 02/04/2020 | -450.00 | -450.00 |
| Unapplied | Payment | | | 02/12/2020 | -1,350.00 | -1,350.00 |
| | | | | | 3,200.00 | 3,200.00 |

## Diamond Halo Group, LLC

**Email:** christy@diamondhalogroup.com

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|---|---|---|---|---|---|---|
| 16056 | Invoice | | | 02/10/2020 | 796.00 | 796.00 |
| 16068 | Invoice | | | 02/14/2020 | 530.00 | 530.00 |
| 16078 | Invoice | | | 02/21/2020 | 640.00 | 640.00 |
| 16089 | Invoice | | | 02/25/2020 | 856.00 | 856.00 |
| 16094 | Invoice | | | 02/28/2020 | 296.00 | 296.00 |
| 16118 | Invoice | | | 03/17/2020 | 1,106.00 | 1,106.00 |
| | | | | | 4,224.00 | 4,224.00 |

As of: 01/31/2025        From: 01/01/2025

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|---|---|---|---|---|---|---|
| **Dick Irvin INC (dick)** | | | | | | |
| Email: linda@dickirvininc.com | | | | | | |
| 15524 | Invoice | | | 08/08/2019 | 7,446.34 | 444.26 |
| | Payment | 147527 | | 10/08/2019 | -7,002.08 | |
| | | | | | 444.26 | 444.26 |
| **Fila-Mar Energy** | | | | | | |
| Work: 832-236-4539     Email: invoices@filamarenergy.com | | | | | | |
| 18279 | Invoice | | Halliday-equipment | 12/10/2021 | 2,658.84 | 2,658.84 |
| 18321 | Invoice | Per Ivan-no PO needed | 806 miles | 12/22/2021 | 2,821.00 | 2,821.00 |
| 18380 | Invoice | | | 01/06/2022 | 3,568.00 | 3,568.00 |
| 18558 | Invoice | | | 02/22/2022 | 5,300.00 | 5,300.00 |
| | | | | | 14,347.84 | 14,347.84 |
| **G3 Advisors LLC** | | | | | | |
| 19890 | Invoice | | | 03/15/2023 | 8,100.00 | 8,100.00 |
| | | | | | 8,100.00 | 8,100.00 |
| **Halliburton Bird Account (hb)** | | | | | | |
| 8505b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8506b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8507b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8508b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8509b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8510b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8511b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8512b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8513b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8514b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8515b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8516b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8517b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8518b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8519b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8520b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8521b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8522b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8523b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8562b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8563b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8564b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8565b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8566b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8567b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |

# Receivable Report - Detail

As of: 01/31/2025        From: 01/01/2025

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|---|---|---|---|---|---|---|
| 8568b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8569b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8570b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8571b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8572b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8573b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8574b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8691b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8692b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8693b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8694b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8695b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8696b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8697b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8698b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8699b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8700b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8701b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8702b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8703b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8704b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8705b | Invoice | | | 02/21/2017 | 871.26 | 871.26 |
| 8706b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8707b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8708b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8709b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8710b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8711b | Invoice | | | 02/21/2017 | 766.26 | 766.26 |
| 8741b | Invoice | | | 02/21/2017 | 1,036.26 | 1,036.26 |
| 8742b | Invoice | | | 02/21/2017 | 788.76 | 788.76 |
| | | | | | 43,696.80 | 43,696.80 |

## Jeff Avery

**Work:** 208-313-7007

| | | | | | | |
|---|---|---|---|---|---|---|
| 20792 | Invoice | | | 02/28/2024 | 750.00 | 750.00 |
| | | | | | 750.00 | 750.00 |

## Lota Logistics

**Email:** hugo.lotalogisticsllc@gmail.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 20003 | Invoice | | | 05/05/2023 | 55,500.00 | 55,500.00 |
| | | | | | 55,500.00 | 55,500.00 |

## Nevada Gold Mines LLC (ngm)

**Work:** 775-748-1121    **Email:** abowling@nevadagoldmines.com, christimartin@barrck.com, bulkap@nevadagoldmines.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 21332 | Invoice | | | 12/23/2024 | 2,542.05 | .00 |
| | Payment | | 2000214328 | 01/02/2025 | -2,542.05 | |
| 21333 | Invoice | 4500812603 | | 12/23/2024 | 4,595.73 | .00 |
| | Payment | 4500812603 | 2000214328 | 01/02/2025 | -4,595.73 | |

# Receivable Report - Detail

As of: 01/31/2025        From: 01/01/2025

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|
| 21334 | Invoice | 4500812603 | | 12/23/2024 | 8,345.13 | .00 |
| | Payment | 4500812603 | 2000214328 | 01/02/2025 | -8,345.13 | |
| 21335 | Invoice | 4500812640 | | 12/23/2024 | 51,332.96 | .00 |
| | Payment | 4500812640 | 2000214328 | 01/02/2025 | -51,332.96 | |
| 21336 | Invoice | 4500812646 | | 12/23/2024 | 3,679.64 | .00 |
| | Payment | 4500812646 | 2000214328 | 01/02/2025 | -3,679.64 | |
| 21337 | Invoice | 4500451598 | | 12/23/2024 | 135.60 | .00 |
| | Payment | 4500451598 | 2000214328 | 01/02/2025 | -135.60 | |
| 21338 | Invoice | 4500451598 | | 12/23/2024 | 16,269.25 | .00 |
| | Payment | 4500451598 | 2000214328 | 01/02/2025 | -16,269.25 | |
| 21339 | Invoice | | | 12/31/2024 | 3,374.95 | .00 |
| | Payment | | 2000215556 | 01/10/2025 | -3,374.95 | |
| 21340 | Invoice | | | 12/31/2024 | 3,343.70 | .00 |
| | Payment | | 2000215556 | 01/10/2025 | -3,343.70 | |
| 21341 | Invoice | 4500812603 | | 12/31/2024 | 9,565.72 | .00 |
| | Payment | 4500812603 | 2000215556 | 01/10/2025 | -9,565.72 | |
| 21342 | Invoice | 4500812603 | | 12/31/2024 | 6,784.67 | .00 |
| | Payment | 4500812603 | 2000215556 | 01/10/2025 | -6,784.67 | |
| 21343 | Invoice | 4500812640 | | 12/31/2024 | 30,871.40 | .00 |
| | Payment | 4500812640 | 2000215556 | 01/10/2025 | -30,871.40 | |
| 21344 | Invoice | 4500451598 | | 12/31/2024 | 172.64 | .00 |
| | Payment | 4500451598 | 2000215556 | 01/10/2025 | -172.64 | |
| 21345 | Invoice | 4500451598 | | 12/30/2024 | 16,269.25 | .00 |
| | Payment | 4500451598 | 2000215189 | 01/08/2025 | -16,269.25 | |
| 21347 | Invoice | | 655 | 01/06/2025 | 1,788.21 | .00 |
| | Payment | | 2000216124 | 01/15/2025 | -1,788.21 | |
| 21348 | Invoice | | | 01/06/2025 | 6,703.02 | .00 |
| | Payment | | 2000216124 | 01/15/2025 | -6,703.02 | |
| 21349 | Invoice | 4500812603 | | 01/06/2025 | 11,705.85 | .00 |
| | Payment | 4500812603 | 2000216124 | 01/15/2025 | -11,705.85 | |
| 21350 | Invoice | 4500812603 | | 01/06/2025 | 9,134.02 | .00 |
| | Payment | 4500812603 | 2000216124 | 01/15/2025 | -9,134.02 | |
| 21351 | Invoice | 4500812640 | | 01/06/2025 | 2,086.91 | .00 |
| | Payment | 4500812640 | 2000216124 | 01/15/2025 | -2,086.91 | |
| 21352 | Invoice | 4500812640 | | 01/06/2025 | 26,933.27 | .00 |
| | Payment | 4500812640 | 2000216124 | 01/15/2025 | -26,933.27 | |
| 21353 | Invoice | 4500812646 | 6387935 | 01/06/2025 | 1,831.49 | .00 |
| | Payment | 4500812646 | 2000216124 | 01/15/2025 | -1,831.49 | |
| 21354 | Invoice | 4500812646 | 6389522 | 01/06/2025 | 1,826.91 | .00 |
| | Payment | 4500812646 | 2000216124 | 01/15/2025 | -1,826.91 | |
| 21355 | Invoice | 4500451598 | | 01/06/2025 | 177.60 | .00 |
| | Payment | 4500451598 | 2000216124 | 01/15/2025 | -177.60 | |
| 21356 | Invoice | 4500451598 | | 01/06/2025 | 16,269.25 | .00 |
| | Payment | 4500451598 | 2000216124 | 01/15/2025 | -16,269.25 | |
| 21360 | Invoice | | | 01/13/2025 | 5,985.03 | .00 |
| | Payment | | 2000217161 | 01/22/2025 | -5,985.03 | |
| 21361 | Invoice | 4500812603 | | 01/13/2025 | 6,345.48 | .00 |
| | Payment | 4500812603 | 2000217161 | 01/22/2025 | -6,345.48 | |
| 21362 | Invoice | 4500812603 | | 01/13/2025 | 10,134.03 | .00 |
| | Payment | 4500812603 | 2000217161 | 01/22/2025 | -10,134.03 | |
| 21363 | Invoice | 4500812640 | | 01/13/2025 | 38,902.93 | .00 |
| | Payment | 4500812640 | 2000217161 | 01/22/2025 | -38,902.93 | |
| 21364 | Invoice | 4500812646 | 6392992 | 01/13/2025 | 1,851.91 | .00 |
| | Payment | 4500812646 | 2000217161 | 01/22/2025 | -1,851.91 | |
| 21365 | Invoice | 4500812646 | | 01/13/2025 | 3,689.14 | .00 |

# KC Transport LLC
# Receivable Report - Detail

As of: 01/31/2025      From: 01/01/2025

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|---|---|---|---|---|---|---|
| | Payment | 4500812646 | 2000217161 | 01/22/2025 | -3,689.14 | |
| 21366 | Invoice | 4500451598 | | 01/13/2025 | 183.52 | .00 |
| | Payment | 4500451598 | 2000217161 | 01/22/2025 | -183.52 | |
| 21367 | Invoice | 4500451598 | | 01/13/2025 | 16,269.25 | .00 |
| | Payment | 4500451598 | 2000217161 | 01/22/2025 | -16,269.25 | |
| 21370 | Invoice | 4500451598 | | 01/20/2025 | 194.08 | .00 |
| | Payment | 4500451598 | 2000218161 | 01/29/2025 | -194.08 | |
| 21371 | Invoice | 4500451598 | | 01/20/2025 | 16,269.25 | .00 |
| | Payment | 4500451598 | 2000218161 | 01/29/2025 | -16,269.25 | |
| 21372 | Invoice | 4500451598 | | 01/27/2025 | 104.16 | 104.16 |
| 21373 | Invoice | 4500451598 | | 01/27/2025 | 16,269.25 | 16,269.25 |
| Unapplied | Credit | | Credit#: 21287 | 11/20/2024 | -688.46 | -688.46 |
| | | | | | 15,684.95 | 15,684.95 |

## Nielson Construction & Materials

| | | | | | | |
|---|---|---|---|---|---|---|
| 19046 | Invoice | | | 07/08/2022 | 14,920.00 | 13,950.00 |
| | Credit | | | 07/19/2022 | -450.00 | |
| | Credit | | | 08/12/2022 | -520.00 | |
| 19063 | Invoice | | | 07/15/2022 | 17,467.50 | 17,272.50 |
| | Credit | | | 07/19/2022 | -195.00 | |
| 19087 | Invoice | | | 07/21/2022 | 16,567.90 | 16,567.90 |
| 19100 | Invoice | | | 07/27/2022 | 7,170.00 | 2,609.60 |
| | Payment | | ACH | 08/05/2022 | -4,365.40 | |
| | Payment | | EFT250062 | 08/12/2022 | -195.00 | |
| 19129 | Invoice | | Job# 004538.75 | 08/04/2022 | 9,662.90 | 6,672.90 |
| | Payment | | EFT250062 | 08/12/2022 | -2,990.00 | |
| 19132 | Invoice | | Job# 004538.75 | 08/08/2022 | 6,435.00 | 6,435.00 |
| Unapplied | Payment | | | 08/05/2022 | -59,291.65 | -59,291.65 |
| Unapplied | Payment | | | 08/26/2022 | -13,107.90 | -13,107.90 |
| | | | | | -8,891.65 | -8,891.65 |

## R & R Operating

**Work:** 406-480-2366

| | | | | | | |
|---|---|---|---|---|---|---|
| 21191 | Invoice | | | 09/24/2024 | 3,675.00 | .00 |
| | Payment | 1069 | | 01/07/2025 | -3,675.00 | |
| 21346 | Invoice | | | 01/02/2025 | 1,200.00 | .00 |
| | Payment | 1069 | | 01/07/2025 | -1,200.00 | |
| | | | | | .00 | .00 |

## Z&M Industries LLC

**Work:** 602-573-7227    **Email:** kelli.znmindustriesllc@gmail.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 17915 | Invoice | | | 09/13/2021 | 5,881.70 | 4,687.18 |
| | Credit | | | 10/15/2021 | -353.93 | |
| | Credit | | | 10/15/2021 | -243.33 | |
| | Credit | | | 10/18/2021 | -597.26 | |
| 17915C | Invoice | | | 10/18/2021 | 90.88 | 90.88 |
| 17920 | Invoice | | | 09/13/2021 | 13,867.44 | 12,704.74 |
| | Credit | | | 10/15/2021 | -1,162.70 | |

# KC Transport LLC
# Receivable Report - Detail

As of: 01/31/2025        From: 01/01/2025

| Invoice# | Type | PO# | Receivables Reference | Date | Amount | Balance Due |
|----------|------|-----|----------------------|------|--------|-------------|
| 17942 | Invoice | | | 09/21/2021 | 8,025.75 | 8,025.75 |
| 17979.01 | Invoice | | | 09/28/2021 | 8,526.90 | 8,526.90 |
| 17999 | Invoice | | | 10/05/2021 | 8,423.60 | 8,423.60 |
| 18054 | Invoice | | | 10/20/2021 | 2,487.25 | 2,487.25 |
| 18140 | Invoice | | 73 miles | 11/04/2021 | 1,460.58 | 1,460.58 |
| Unapplied | Payment | | | 09/27/2021 | -6,506.27 | -6,506.27 |
| Unapplied | Payment | | | 09/23/2021 | -3,185.33 | -3,185.33 |
| Unapplied | Payment | | | 09/23/2021 | -905.73 | -905.73 |
| Unapplied | Payment | | | 09/23/2021 | -12,654.25 | -12,654.25 |
| | | | | | 23,155.30 | 23,155.30 |
| | | | | | 267,450.54 | 267,450.54 |
| | | | | | GL Amount | 267,450.54 |

# KC Transport LLC
## INCOME STATEMENT - SIMPLE
### Unaudited - For Internal Purposes Only

| | Period 01/24/2025 to 01/31/2025 | % of Total | YTD Ending 01/31/2025 | % of Total |
|---|---|---|---|---|
| **Revenue** | | | | |
| Sales | 17,863.81 | 100.0 | 182,218.60 | 99.5 |
| Rental Income | .00 | .0 | 1.000.00 | .6 |
| Total Revenue | 17,863.81 | 100.0 | 183,218.60 | 100.0 |
| **Expenses** | | | | |
| Wages | 1,340.00 | 7.5 | 116,349.64 | 63.5 |
| Supplies | .00 | .0 | 536.97 | .3 |
| Shop Supplies | 26.97 | .2 | 489.65 | .3 |
| Fees | 2.49 | .0 | 93.60 | .1 |
| Oil & Fluids | 16.34 | .1 | 452.76 | .3 |
| Parts | .00 | .0 | 600.92 | .3 |
| Repairs & Maintenance | (142.61) | (.8) | (142.61) | (.1) |
| Vehicle Repairs & Maintence | .00 | .0 | 1,659.48 | .9 |
| Fuel | 691.13 | 3.9 | 26,563.61 | 14.5 |
| Taxes Licenses | .00 | .0 | 5,956.07 | 3.3 |
| Taxes Other | .00 | .0 | 3,502.56 | 1.9 |
| Taxes Fuel | .00 | .0 | 170.71 | .1 |
| Taxes NV | 1.91 | .0 | 29.48 | .0 |
| Insurance | 2,695.00 | 15.1 | 14,792.90 | 8.1 |
| Utilities | 1,609.66 | 9.0 | 2,471.17 | 1.4 |
| Rent | 12,454.40 | 69.7 | 10,831.32 | 5.9 |
| Leases | .00 | .0 | 3,400.00 | 1.9 |
| Bank Charges | .00 | .0 | 58.28 | .0 |
| Interest Expense | 5,312.70 | 29.7 | 24,704.32 | 13.5 |
| Loan Expense | .00 | .0 | 1,733.15 | 1.0 |
| Dues & Subscription | .00 | .0 | 1,608.99 | .9 |
| Safety & Training | .00 | .0 | 1,362.95 | .7 |
| Garbage | 33.00 | .2 | 349.69 | .2 |
| Drug Testing | 73.50 | .4 | 147.00 | .1 |
| Meal & Entertainment | .00 | .0 | 1,508.63 | .8 |
| Travel & Lodging | 125.92 | .7 | 345.98 | .2 |
| Social Security Expense | .00 | .0 | 8,400.71 | 4.6 |
| Medicare Expense | .00 | .0 | 1,964.69 | 1.1 |
| Workers Comp | .00 | .0 | 6,830.96 | 3.7 |
| Federal Unemployment Insurance Expense | .00 | .0 | 696.50 | .4 |
| MT State Unemployment Tax Expense | .00 | .0 | 254.29 | .1 |
| Telephone | .00 | .0 | 1,178.39 | .6 |
| Medical Insurance | .00 | .0 | 6,092.24 | 3.3 |
| Medical Expense | .00 | .0 | 220.90 | .1 |
| Office Supplies | 5.57 | .0 | 414.15 | .2 |
| Software | 1,026.00 | 5.7 | 1,342.40 | .7 |
| Guaranteed Payment to Partners-Keltz | 70.00 | .4 | 4,566.25 | 2.5 |
| Guaranteed Payment to Partners-Cole | .00 | .0 | 4,468.49 | 2.4 |
| NV State Unemployment Tax Expense | .00 | .0 | 1,955.43 | 1.1 |

# KC Transport LLC
## INCOME STATEMENT - SIMPLE
### Unaudited - For Internal Purposes Only

| | Period 01/24/2025 to 01/31/2025 | % of Total | YTD Ending 01/31/2025 | % of Total |
|---|---|---|---|---|
| Total Expenses | 25,341.98 | 141.9 | 257.962.62 | 140.8 |
| Net Income (Loss) | (7,478.17) | (41.9) | (74,744.02) | (40.8) |

# KC Transport LLC
## BALANCE SHEET - SIMPLE
### Unaudited - For Internal Purposes Only

|  | YTD Ending 01/31/2025 |
|---|---|

## ASSETS

| | |
|---|---|
| First International Bank | 109,183.35 |
| Advances Receivable | 5,710.00 |
| Loan Receivable | 1,500.00 |
| AWS Receivable for Tanks | 150,000.00 |
| Rental Deposits | 8,300.00 |
| Truck Deposits | 10,000.00 |
| Attorney Retainer | 25,000.00 |
| Equipment | 4,165,861.24 |
| Tractors & Trailers | 9,419,541.76 |
| Building Improvements | 507,660.88 |
| Auto/ Pick ups | 1,468,527.03 |
| Land | 307,322.00 |
| Buildings | 3,383,548.00 |
| Accumulating Depreciation | (15,536,287.36) |
| Accounts Receivable | 267,450.54 |
| Pending Accounts Receivable | 40,394.49 |
| American Well Solutions | 54,179.14 |
| AWS Medical | 13,807.33 |
| Loeb Loan Fees Amortization | 32,929.91 |
| | |
| Total Assets | 4,434,628.31 |

## LIABILITIES

| | |
|---|---|
| Wages Payable | 1,590.57 |
| Yellowstone Bank 2902018 | 19,024.17 |
| Keltz Hall Loan | 241,785.76 |
| Kenneth Wirth Loan | 15,000.00 |
| Hallwirth Loan | 119,056.61 |
| Accounts Payable | 94,410.18 |
| Wallwork Financial | 107,350.16 |
| 2021 GMC (Cole) | 24,190.80 |
| 2024 GMC Sierra (Keltz) | 63,852.09 |
| Verdant Trailer Loan 878-82063603-000 | 245,362.10 |
| Loeb Loan Capital Equipment | 1,473,535.37 |
| Montana State Fund OSC Note | 31,946.31 |
| Medical Liability | 32,542.83 |
| Federal Unemployment Insurance Payable | 696.50 |
| Garnishments | 4.00 |
| Life Insurance | 21.12 |

# KC Transport LLC
## BALANCE SHEET - SIMPLE
### Unaudited - For Internal Purposes Only

|  | YTD Ending 01/31/2025 |
| --- | ---: |
| KC Sandcastle Trx Loan | 35,239.16 |
| AWS Short Term Loan | 34,000.00 |
| MT State Unemployment Tax Payable | 254.29 |
| NV State Unemployment Tax Payable | 1,955.43 |
| Total Liabilities | 2,541,817.45 |

## EQUITY
------------

|  |  |
| --- | ---: |
| Equity | 537,726.20 |
| Retained Earnings | 1,429,828.58 |
| Current Earnings | (74,744.02) |
| Total Equity | 1,892,810.76 |
| Total Liabilities & Equity | 4,434,628.21 |

# KC Transport LLC
# USD Bank Reconciliation Report

| Type | Tran.# | Date | Description | Amount | Running Total |
|------|--------|------|-------------|--------|---------------|
| | | | **First International Bank Statement Balance for 202501** | | 117,373.29 |

## OutstandingChecks

| Type | Tran.# | Date | Description | Amount | Running Total |
|------|--------|------|-------------|--------|---------------|
| Check | 30412 | 01/21/2025 | Axon Development Corporation | 1,627.00 | |
| Check | ACH | 01/31/2025 | Elko Realty | 3,002.49 | |
| Check | ACH Q4/2024 NV UI | 01/31/2025 | Nevada Dept. of Employment, Training & Rehabilition | 1,553.41 | |
| Check | 30411 | 01/21/2025 | Western Tire | 2,007.00 | |
| | | | | | 8,189.90 |

## OutstandingOther Entries

| Type | Tran.# | Date | Description | Amount | Running Total |
|------|--------|------|-------------|--------|---------------|
| GL | | 12/31/2024 | Q4/2024 Payroll Rounding Tax Adjustment - NV UI | (.04) | |
| | | | | | -.04 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Adjusted Balance | 109,183.35 |
| | | | | GL Bank Balance | 109,183.35 |
| | | | | Net Difference | .00 |