# ATTACHMENT 2

PROPERTY TO BE RETAINED BY KC TRANSPORT

1. 2024 GMC SIERRA – VIN XXX5353
2. 2008 DODGE R35 – VIN XXX1588
3. 2021 CHEVROLET SILVERADO K1500 – XXX3426
4. 2018 CHEVROLET SILVERADO 3500 W/TOOLS – XXX
5. 2015 HEIL SUPER JET 1040 – XXX4135
6. 2017 SMITHCO SX4-49-36, XXX6083
7. 2021 FNX AUWEE j3500 – XXX0223
8. 2020 ford 350 – XXX3516
9. 2013 PETERBILT 389 GLIDER – XXX9510
10. 2014 PETERBILT 389 GLIDER – XXX8487
11. 2014 PETERBILT 389 GLIDER – XXX8488
12. 2010 BELLY DUMP TR. – XXX0577
13. 2012 VANTAGE DUMP PNEUMATIC TANK – XXX3419
14. 2017 SMITHCO – XXX6085
15. 2012 PETERBILT 388 – XXX4436
16. 2013 PETERBILT 389 – XXX 8931
17. 2008 PETERBILT 388 – XXX3259
18. 2013 PETERBILT TK DS – XXX8900
19. 2020 KENWORTH T800 – XXX6870
20. 2020 KENSORTH T800 – XXX6871
21. 2020 KENWORTH T800 – 6869
22. 1996 RANCH MFG CO DUMP SEMI – XXX8940
23. 2016 CLEMENT 32 FOOT DUMP TRAILER – XXX5852