UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**KC TRANSPORT, LLC,**

Case No. **1:25-bk-10010-BPH**

Debtor

# ORDER

In this Chapter 11 bankruptcy, Debtor and Debtor in Possession and creditor Verdant Commercial Capital, LLC ("Verdant") filed a "Stipulation" on July 11, 2025, at ECF No. 68 ("Stipulation"). Accordingly,

IT IS ORDERED that the Stipulation is approved. The parties shall be bound by and perform according to the terms and conditions of the approved Stipulation, including but not limited to:

1. In order to provide adequate protection to Verdant, KC Transport will withdraw Verdant's Collateral[1] from the Steffes Group, Inc. auction and will sell Verdant's Collateral by either a private treaty sale, with Verdant's prior written consent to the terms thereof, or through an auction in which a reserve price acceptable to Verdant can be set. In either instance a motion and order under 11 U.S.C. § 363 shall be required before the consummation of any sale. Verdant reserves the right to object to or oppose any such proposed sale that it deems unreasonable or inconsistent with this Stipulation.

Dated July 11, 2025.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

---

[1] Capitalized terms shall have the meanings ascribed to them in the Stipulation unless otherwise indicated.