# APPENDIX 2

| **KC TRANSPORT, LLC LIQUIDATION ANALYSIS – 7/17/2025** | **DECLINING BALANCE** |
|---|---|
| ASSET VALUE – $3,820,421 | $3,820,421 |
|     PERSONAL – $3,381,000 | |
|     REAL - $392,515 | |
|     COST OF LIQUIDATION | |
|         REAL (6.5%) - $25,513 | $3,794,908 |
|         PERSONAL (11%) - $371,910 | $3,423,044 |
|     CHAPTER 7 TRUSTEE FEES - $137,864 | $3,285,180 |
|     CHAPTER 7 TRUSTEE PROFESSIONAL FEES | |
|         ACCOUNTING - $7500 | $3,277,680 |
|         LEGAL - $5000 | $3,272,680 |
|         TAX CONSEQUENCE OF SALE | |
|         TIER 2 ADMINISTRATIVE | |
|         DEBTOR'S COUNSEL - $39,000 | $3,233,680 |
| TOTAL DEBTS – | |
|     SECURED – | |
|         LOEB - $1,515,246 | $1,583,639 |
|         VERDANT - $247,015 | $1,336,624 |
|         YELLOWSTONE BANK - $20,582 | $1,316,042 |
|         WALLWORK – $107,872 | $1,208,170 |
|     UNSECURED PRIORITY - $0 | |
|     UNSECURED GENERAL - $180,310 | $1,027,860 |