# APPENDIX 3

# KC Transport LLC
## CASH PROJECTION

| CASH AVAILABLE | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $ 30,393.33 | $ 7,653.84 | $ 7,216.28 | $ 3,809.72 | $ 14,445.84 | $ (4,901.61) | $ (33,550.78) | $ (7,394.64) | $ 20,683.50 | $ 48,761.64 | $ 4,917.78 | $ (28,245.82) | $ (25,167.68) | $ (22,011.54) | $ (16,933.40) | $ (11,855.26) |
| Income | $ 100,890.00 | $ 113,427.00 | $ 113,427.00 | $ 123,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 |
| **TOTAL CASH** | $ 131,283.33 | $ 121,080.84 | $ 120,643.28 | $ 127,236.72 | $ 113,872.84 | $ 94,525.39 | $ 65,876.22 | $ 92,032.36 | $ 120,110.50 | $ 148,188.64 | $ 104,344.78 | $ 71,181.18 | $ 74,259.32 | $ 77,415.46 | $ 82,493.60 | $ 87,571.74 |
| | | | | | | | | | | | | | | | | |
| **BUSINESS EXPENSES** | | | | | | | | | | | | | | | | |
| Truck License | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 18,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Salaries and wages | $ 36,099.00 | $ 32,810.00 | $ 32,810.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 |
| Rents on shops | $ 9,454.40 | $ 3,254.40 | $ 3,254.40 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Bank Charges | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.44 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 |
| Insurance Expenses | $ 40,274.00 | $ 40,274.00 | $ 40,274.00 | $ 40,274.00 | $ 40,274.00 | $ 40,274.00 | $ - | $ - | $ - | $ 70,000.00 | $ 50,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 |
| Oxygen Trailer Lease | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| Office Expense-Software | $ 1,076.00 | $ 1,676.00 | $ 1,676.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,676.00 |
| Payroll Taxes | $ 14,817.00 | $ 8,657.52 | $ 8,657.52 | $ 8,663.24 | $ 7,643.40 | $ 7,643.40 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 |
| Professional Fees-Tax Prep | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,300.00 | $ - | $ - | $ - | $ - | $ - |
| Repairs & Maintenance | $ 2,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Secured Debt Payment-GM Financial | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 |
| Fuel | $ 4,000.00 | $ 7,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Utilities/Cell Phones | $ 252.45 | $ 458.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 |
| Inventory-Tires, Filters, Oil, Parts | $ 2,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| **Total Business Expenses** | $ 117,802.95 | $ 109,960.02 | $ 112,929.02 | $ 106,964.34 | $ 105,944.50 | $ 122,444.17 | $ 65,716.86 | $ 65,716.86 | $ 65,716.86 | $ 135,716.86 | $ 120,016.86 | $ 90,716.86 | $ 88,716.86 | $ 88,716.86 | $ 88,716.86 | $ 89,392.86 |
| | | | | | | | | | | | | | | | | |
| **Class 1 Loeb** | | | | | | | | | | | | | | | | |
| **Class 2 Yellowstone Bank** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 3 Wallwork Financial** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 4 Verdant Commercial Capital** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 5 Priority Tax claims** | $ 3,904.54 | $ 3,904.54 | $ 3,904.54 | $ 3,904.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 6 Secured Property Tax Claims** | $ - | $ - | $ - | $ - | $ 7,197.95 | $ - | $ - | $ - | $ - | $ - | $ 6,941.74 | $ - | $ - | $ - | $ - | $ - |
| **Known Creditor Payments** | | | | | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 | $ 5,632.00 |
| **U.S. Treasury Qtrly Taxes** | $ 1,922.00 | | | $ 1,922.00 | | | $ 1,922.00 | | | $ 1,922.00 | | | $ 1,922.00 | | | $ 1,922.00 |
| **Attorney Fees** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total plan payments** | $ 5,826.54 | $ 3,904.54 | $ 3,904.54 | $ 5,826.54 | $ 12,829.95 | $ 5,632.00 | $ 7,554.00 | $ 5,632.00 | $ 5,632.00 | $ 7,554.00 | $ 12,573.74 | $ 5,632.00 | $ 7,554.00 | $ 5,632.00 | $ 5,632.00 | $ 7,554.00 |
| | | | | | | | | | | | | | | | | |
| Total expenses | $ 123,629.49 | $ 113,864.56 | $ 116,833.56 | $ 112,790.88 | $ 118,774.45 | $ 128,076.17 | $ 73,270.86 | $ 71,348.86 | $ 71,348.86 | $ 143,270.86 | $ 132,590.60 | $ 96,348.86 | $ 96,270.86 | $ 94,348.86 | $ 94,348.86 | $ 96,946.86 |
| **End of month cash** | $ 7,653.84 | $ 7,216.28 | $ 3,809.72 | $ 14,445.84 | $ (4,901.61) | $ (33,550.78) | $ (7,394.64) | $ 20,683.50 | $ 48,761.64 | $ 4,917.78 | $ (28,245.82) | $ (25,167.68) | $ (22,011.54) | $ (16,933.40) | $ (11,855.26) | $ (9,375.12) |

## KC Transport LLC
## CASH PROJECTION

| CASH AVAILABLE | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-27 | Feb-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $ (9,375.12) | $ (12,540.93) | $ (26,508.79) | $ 601.35 | $ 29,633.49 | $ 58,665.63 | $ 11,476.10 | $ (16,433.50) | $ (12,401.36) | $ (10,291.22) | $ (6,259.08) | $ (2,226.94) | $ (116.80) | $ 5,915.34 | $ 11,947.48 | $ 41,057.62 |
| Income | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 |
| **TOTAL CASH** | $ 90,051.88 | $ 86,886.07 | $ 72,918.21 | $ 100,028.35 | $ 129,060.49 | $ 158,092.63 | $ 110,903.10 | $ 82,993.50 | $ 87,025.64 | $ 89,135.78 | $ 93,167.92 | $ 97,200.06 | $ 99,310.20 | $ 105,342.34 | $ 111,374.48 | $ 140,484.62 |
| | | | | | | | | | | | | | | | | |
| **BUSINESS EXPENSES** | | | | | | | | | | | | | | | | |
| License Trucks | $ - | $ 18,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Salaries and wages | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 |
| Rents on shops | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Bank Charges | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.44 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 |
| Insurance Expenses | $ 25,000.00 | $ 25,000.00 | | | | $ 70,000.00 | $ 50,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | | |
| Oxygen Trailer Lease | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| Office Expense-Software | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,676.00 |
| Payroll Taxes | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 |
| Professional Fees-Tax Prep | $ - | $ - | $ - | $ - | $ - | $ 4,300.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs & Maintenance | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Secured Debt Payment-GM Financial | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 |
| Fuel | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Cell Phones | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 |
| Inventory-Tires, Filters, Oil, Parts | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| **Total Business Expenses** | $ 90,716.86 | $ 108,716.86 | $ 65,716.86 | $ 65,716.86 | $ 65,716.86 | $ 140,016.53 | $ 115,716.86 | $ 90,716.86 | $ 90,716.86 | $ 90,716.86 | $ 90,716.86 | $ 90,716.86 | $ 88,716.86 | $ 88,716.86 | $ 63,716.86 | $ 64,392.86 |
| | | | | | | | | | | | | | | | | |
| **Class 1 Loeb** | | | | | | | | | | | | | | | | |
| **Class 2 Yellowstone Bank** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 3 Wallwork Financial** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 4 Verdant Commercial Capital** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 5 Priority Tax claims** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 6 Secured Property Tax Claims** | $ 7,197.95 | $ - | $ - | $ - | $ - | $ - | $ 6,941.74 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Known Creditor Payments** | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 |
| **U.S. Treasury Qrtly Taxes** | | | $ 1,922.00 | | | $ 1,922.00 | | | $ 1,922.00 | | | $ 1,922.00 | | | $ 1,922.00 | |
| **Attorney Fees** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total plan payments** | $ 11,875.95 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 11,619.74 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 |
| | | | | | | | | | | | | | | | | |
| Total expenses | $ 102,592.81 | $ 113,394.86 | $ 72,316.86 | $ 70,394.86 | $ 70,394.86 | $ 146,616.53 | $ 127,336.60 | $ 95,394.86 | $ 97,316.86 | $ 95,394.86 | $ 95,394.86 | $ 97,316.86 | $ 93,394.86 | $ 93,394.86 | $ 70,316.86 | $ 69,070.86 |
| **End of month cash** | $ (12,540.93) | $ (26,508.79) | $ 601.35 | $ 29,633.49 | $ 58,665.63 | $ 11,476.10 | $ (16,433.50) | $ (12,401.36) | $ (10,291.22) | $ (6,259.08) | $ (2,226.94) | $ (116.80) | $ 5,915.34 | $ 11,947.48 | $ 41,057.62 | $ 71,413.76 |

KC Transport LLC
CASH PROJECTION

| CASH AVAILABLE | Mar-27 | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $ 71,413.76 | $ 100,445.90 | $ 53,256.04 | $ 25,346.44 | $ 29,378.58 | $ 32,370.76 | $ 37,285.27 | $ 42,199.45 | $ 45,191.63 | $ 42,907.86 | $ 29,822.04 | $ 57,814.22 | $ 87,728.40 | $ 117,642.58 | $ 141,334.76 | $ 171,248.94 |
| Income | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 |
| **TOTAL CASH** | $ 170,840.76 | $ 199,872.90 | $ 152,683.04 | $ 124,773.44 | $ 128,805.58 | $ 131,797.76 | $ 136,712.27 | $ 141,626.45 | $ 144,618.63 | $ 142,334.86 | $ 129,249.04 | $ 157,241.22 | $ 187,155.40 | $ 217,069.58 | $ 240,761.76 | $ 270,675.94 |
| | | | | | | | | | | | | | | | | |
| **BUSINESS EXPENSES** | | | | | | | | | | | | | | | | |
| License Trucks | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 18,000.00 | $ - | $ - | $ - | $ - | | $ - |
| Salaries and wages | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | 29,770.00 |
| Rents on shops | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 2,000.00 |
| Bank Charges | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.44 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | 139.77 |
| Insurance Expenses | $ - | 70,000.00 | 50,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | $ - | $ - | $ - | $ - | | |
| Oxygen Trailer Lease | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | 3,400.00 |
| Office Expense-Software | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 1,676.00 |
| Payroll Taxes | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | 8,189.76 |
| Professional Fees-Tax Prep | $ - | 4,300.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 4,300.00 | $ - | - |
| Repairs & Maintenance | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | 3,500.00 |
| Secured Debt Payment-GM Financial | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 2,290.33 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | 1,408.29 |
| Fuel | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | 10,000.00 |
| Cell Phones | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | 427.00 |
| Inventory-Tires, Filters, Oil, Parts | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | 5,000.00 |
| **Total Business Expenses** | $ 65,716.86 | $ 140,016.86 | $ 115,716.86 | $ 90,716.86 | $ 89,834.82 | $ 89,834.49 | $ 89,834.82 | $ 89,834.82 | $ 89,834.82 | $ 107,834.82 | $ 64,834.82 | $ 64,834.82 | $ 64,834.82 | $ 69,134.82 | $ 64,834.82 | 65,510.82 |
| | | | | | | | | | | | | | | | | |
| **Class 1 Loeb** | | | | | | | | | | | | | | | | |
| **Class 2 Yellowstone Bank** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Class 3 Wallwork Financial** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Class 4 Verdant Commercial Capital** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Class 5 Priority Tax claims** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Class 6 Secured Property Tax Claims** | $ - | $ - | 6,941.74 | $ - | $ - | $ - | $ - | $ - | $ - | 7,197.95 | $ - | $ - | $ - | $ - | $ - | - |
| **Known Creditor Payments** | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 |
| **U.S. Treasury Qrtly Taxes** | | $ 1,922.00 | | | 1,922.00 | | | 1,922.00 | | | 1,922.00 | | | 1,922.00 | | |
| **Attorney Fees** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Total plan payments** | 4,678.00 | $ 6,600.00 | $ 11,619.74 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 11,875.95 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | 4,678.00 |
| | | | | | | | | | | | | | | | | |
| Total expenses | 70,394.86 | 146,616.86 | 127,336.60 | 95,394.86 | 96,434.82 | 94,512.49 | 94,512.82 | 96,434.82 | 101,710.77 | 112,512.82 | 71,434.82 | 69,512.82 | 69,512.82 | 75,734.82 | 69,512.82 | 70,188.82 |
| **End of month cash** | $ 100,445.90 | $ 53,256.04 | $ 25,346.44 | $ 29,378.58 | $ 32,370.76 | $ 37,285.27 | $ 42,199.45 | $ 45,191.63 | $ 42,907.86 | $ 29,822.04 | $ 57,814.22 | $ 87,728.40 | $ 117,642.58 | $ 141,334.76 | $ 171,248.94 | $ 200,487.12 |

KC Transport LLC
CASH PROJECTION

| CASH AVAILABLE | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 200,487.12 | $ 203,479.30 | $ 208,393.48 | $ 213,307.66 | $ 216,299.84 | $ 214,016.07 | $ 200,930.58 | $ 228,922.76 | $ 258,836.94 | $ 288,751.12 | $ 203,743.30 | $ 176,715.74 | $ 181,629.92 | $ 184,622.10 | $ 189,536.28 | $ 194,450.46 |
| Income | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 |
| **TOTAL CASH** | $ 299,914.12 | $ 302,906.30 | $ 307,820.48 | $ 312,734.66 | $ 315,726.84 | $ 313,443.07 | $ 300,357.58 | $ 328,349.76 | $ 358,263.94 | $ 388,178.12 | $ 303,170.30 | $ 276,142.74 | $ 281,056.92 | $ 284,049.10 | $ 288,963.28 | $ 293,877.46 |
| | | | | | | | | | | | | | | | | |
| **BUSINESS EXPENSES** | | | | | | | | | | | | | | | | |
| License Trucks | $ - | $ - | $ - | $ - | $ - | 18,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| Salaries and wages | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | 29,770.00 |
| Rents on shops | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 2,000.00 |
| Bank Charges | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.44 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | 139.77 |
| Insurance Expenses | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ - | $ - | $ - | $ 70,000.00 | $ 50,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | 25,000.00 |
| Oxygen Trailer Lease | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | 3,400.00 |
| Office Expense-Software | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 1,676.00 |
| Payroll Taxes | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | 8,189.76 |
| Professional Fees-Tax Prep | $ - | | $ - | | $ - | | $ - | | $ - | 43,000.00 | $ - | | $ - | | | $ - |
| Repairs & Maintenance | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | 3,500.00 |
| Secured Debt Payment-GM Financial | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | 1,408.29 |
| Fuel | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | 10,000.00 |
| Cell Phones | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | 427.00 |
| Inventory-Tires, Filters, Oil, Parts | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | 5,000.00 |
| **Total Business Expenses** | $ 89,834.82 | $ 89,834.82 | $ 89,834.82 | $ 89,834.82 | $ 89,834.82 | $ 107,834.49 | $ 64,834.82 | $ 64,834.82 | $ 64,834.82 | $ 177,834.82 | $ 114,834.82 | $ 89,834.82 | $ 89,834.82 | $ 89,834.82 | $ 89,834.82 | 90,510.82 |
| | | | | | | | | | | | | | | | | |
| **Class 1 Loeb** | | | | | | | | | | | | | | | | |
| **Class 2 Yellowstone Bank** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 3 Wallwork Financial** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 4 Verdant Commercial Capital** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 5 Priority Tax claims** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 6 Secured Property Tax Claims** | $ - | $ - | $ - | $ - | 7,197.95 | $ - | $ - | $ - | $ - | $ - | 6,941.74 | $ - | $ - | $ - | $ - | $ - |
| **Known Creditor Payments** | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 | 4,678.00 |
| **U.S. Treasury Qrtly Taxes** | $ 1,922.00 | $ - | | $ 1,922.00 | $ - | | $ 1,922.00 | $ - | | $ 1,922.00 | $ - | | $ 1,922.00 | $ - | | 1,922.00 |
| **Attorney Fees** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total plan payments** | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 11,875.95 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 11,619.74 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | 6,600.00 |
| | | | | | | | | | | | | | | | | |
| Total expenses | $ 96,434.82 | $ 94,512.82 | $ 94,512.82 | $ 96,434.82 | $ 101,710.77 | $ 112,512.49 | $ 71,434.82 | $ 69,512.82 | $ 69,512.82 | $ 184,434.82 | $ 126,454.56 | $ 94,512.82 | $ 96,434.82 | $ 94,512.82 | $ 94,512.82 | 97,110.82 |
| **End of month cash** | $ 203,479.30 | $ 208,393.48 | $ 213,307.66 | $ 216,299.84 | $ 214,016.07 | $ 200,930.58 | $ 228,922.76 | $ 258,836.94 | $ 288,751.12 | $ 203,743.30 | $ 176,715.74 | $ 181,629.92 | $ 184,622.10 | $ 189,536.28 | $ 194,450.46 | $ 196,766.64 |

**KC Transport LLC**
**CASH PROJECTION**

| CASH AVAILABLE | Nov-29 | Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 | Sep-30 | Oct-30 | Nov-30 | Dec-30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $ 196,766.64 | $ 201,680.82 | $ 188,595.00 | $ 216,587.18 | $ 247,909.65 | $ 279,232.12 | $ 238,632.92 | $ 213,013.65 | $ 219,336.12 | $ 223,736.59 | $ 187,059.06 | $ 193,381.53 | $ 197,782.00 | $ 196,906.52 |
| Income | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 | $ 99,427.00 |
| **TOTAL CASH** | $ 296,193.64 | $ 301,107.82 | $ 288,022.00 | $ 316,014.18 | $ 347,336.65 | $ 378,659.12 | $ 338,059.92 | $ 312,440.65 | $ 318,763.12 | $ 323,163.59 | $ 286,486.06 | $ 292,808.53 | $ 297,209.00 | $ 296,333.52 |
| | | | | | | | | | | | | | | |
| **BUSINESS EXPENSES** | | | | | | | | | | | | | | |
| License Trucks | $ - | $ 18,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Salaries and wages | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 | $ 29,770.00 |
| Rents on shops | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Bank Charges | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.44 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 | $ 139.77 |
| Insurance Expenses | $ 25,000.00 | $ 25,000.00 | $ - | $ - | $ - | $ 70,000.00 | $ 50,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 |
| Oxygen Trailer Lease | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| Office Expense-Software | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Payroll Taxes | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 | $ 8,189.76 |
| Professional Fees-Tax Prep | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 43,000.00 | $ - | $ - | $ - | $ - |
| Repairs & Maintenance | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Secured Debt Payment-GM Financial | $ 1,408.29 | $ 1,408.29 | $ 1,408.29 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fuel | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Cell Phones | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 | $ 427.00 |
| Inventory-Tires, Filters, Oil, Parts | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| **Total Business Expenses** | $ 89,834.82 | $ 107,834.82 | $ 64,834.82 | $ 63,426.53 | $ 63,426.53 | $ 133,426.20 | $ 113,426.53 | $ 88,426.53 | $ 88,426.53 | $ 131,426.53 | $ 88,426.53 | $ 88,426.53 | $ 88,426.53 | $ 88,426.53 |
| | | | | | | | | | | | | | | |
| **Class 1 Loeb** | | | | | | | | | | | | | | |
| **Class 2 Yellowstone Bank** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 3 Wallwork Financial** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 4 Verdant Commercial Capital** | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 5 Priority Tax claims** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 6 Secured Property Tax Claims** | | | | | | | $ 6,941.74 | | | | | | | $ 7,197.95 |
| **Known Creditor Payments** | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 | $ 4,678.00 |
| **U.S. Treasury Qrtly Taxes** | $ - | $ - | $ 1,922.00 | $ - | $ - | $ 1,922.00 | $ - | $ - | $ 1,922.00 | $ - | $ - | $ 1,922.00 | $ - | $ - |
| **Attorney Fees** | | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total plan payments** | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 11,619.74 | $ 4,678.00 | $ 6,600.00 | $ 4,678.00 | $ 4,678.00 | $ 6,600.00 | $ 11,875.95 | $ 4,678.00 |
| | | | | | | | | | | | | | | |
| Total expenses | $ 94,512.82 | $ 112,512.82 | $ 71,434.82 | $ 68,104.53 | $ 68,104.53 | $ 140,026.20 | $ 125,046.27 | $ 93,104.53 | $ 95,026.53 | $ 136,104.53 | $ 93,104.53 | $ 95,026.53 | $ 100,302.48 | $ 93,104.53 |
| **End of month cash** | $ 201,680.82 | $ 188,595.00 | $ 216,587.18 | $ 247,909.65 | $ 279,232.12 | $ 238,632.92 | $ 213,013.65 | $ 219,336.12 | $ 223,736.59 | $ 187,059.06 | $ 193,381.53 | $ 197,782.00 | $ 196,906.52 | $ 203,228.99 |