# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**KC TRANSPORT, LLC,**

Case No. **1:25-bk-10010-BPH**

Debtor.

# ORDER

In this Chapter 11 bankruptcy, Debtor filed a Chapter 11 Plan of Reorganization at ECF No. 76 ("Plan") and a Disclosure Statement at ECF No. 77, on July 23, 2025. Fed. R. Bankr. P. 9006(c) permits the Court to reduce applicable notice periods, except when reduction is prohibited. Reduction is not prohibited in this case. In accordance with Fed. R. Bankr. P. 2002(b) and 9006(c),

IT IS ORDERED:

1. That a hearing on approval of the Disclosure Statement shall be held on **August 19, 2025, at 9:00 a.m.,** in the ELLA KNOWLES COURTROOM, 4th FLOOR ROOM 4805, JAMES F. BATTIN UNITED STATES COURTHOUSE, 2601 2ND AVENUE NORTH, BILLINGS, MONTANA.

2. Pursuant to Fed. R. Bankr. P. 3017(a), **August 12, 2025**, is fixed as the last day for filing and serving written objections to the Disclosure Statement.

3. Within three days of the entry of this Order, the Plan and Disclosure Statement shall be mailed to all parties entitled to such notice pursuant to Fed. R. Bankr. P. 3017(a).

4. All requests for copies of the Plan and Disclosure Statement shall be mailed to Debtor's attorneys at the following address:

James A. Patten
Patten, Peterman, Bekkedahl & Green, PLLC
2817 Second Avenue North, Suite 300, Billings, Montana 59101

Dated July 24, 2025.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana