James A. Patten (ID #1191)
Molly S. Considine (ID #13800)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Avenue North, Ste. 300
P.O. Box 1239
Billings, MT 59103-1239
Telephone (406) 252-8500
Facsimile (406) 294-9500
Email: apatten@ppbglaw.com
      mconsidine@ppbglaw.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>**KC TRANSPORT, LLC,**<br><br>      Debtor. | Case No. 1:25-bk-10010-BPH<br><br>**MOTION TO EXTEND TIME TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT** |
|---|---|

    KC TRANSPORT, LLC, Debtor and Debtor-in-Possession ("KC Transport"), by and through counsel, James A. Patten, moves this Court, pursuant to 11 U.S.C. § 1221 for and extension of time to file Debtor's Chapter 11 Amended Plan and Amended Disclosure Statement (the "Motion") to September 12, 2025.

    In support of this Motion, KC Transport states:

    This Chapter 11 case was filed on January 24, 2025 (ECF No. 1). The Debtor filed a proposed Chapter 11 Plan (ECF No. 76) and a proposed Disclosure Statement (ECF No. 77), both on July 23, 2025. Secured Creditor Loeb Term Solutions filed its Limited Objection to the proposed Disclosure Statement and Plan on August 12, 2025, and set the hearing for August 19, 2025 (ECF No. 81). Given the pendency of the auction sale of much of the KC Transport rolling stock, KC Transport and Loeb Term Solutions submitted an Agreed Motion to defer the hearing

1

on Loeb Term Solution's plan and disclosure statement objections until September 23, 2025 (ECF No. 82). This Court approved the Agreed Motion but set September 4, 2025, as the deadline to file an Amended Disclosure Statement (ECF No. 83).

The Steffes Group auction sale concluded on August 28. The Steffes Group prepared a schedule of the sale results, including the net amount payable to Loeb Term Solutions and to secured creditor Wallwork Financial Corporation an item by item basis. The undersigned did not receive the auction results until the morning of September 4, leaving insufficient time to determine the total amounts to be paid to Loeb Term Solutions and Wallwork Financial Corporation, prepare new amortization schedules, and revise the Disclosure Statement and Chapter 11 Plan accordingly. Additionally, the auction results for the trailers was significantly less than anticipated; KC Transport will therefore be required to reconsider and perhaps revise the amortization periods in an Amended Chapter 11 Plan and the consequent projected cash flows to be used in the Amended Disclosure Statement.

KC Transport has consulted with the attorneys for Loeb Term Solutions, Kimberly R. Clayson and Burt Ward, and the undersigned represents that Loeb Term Solutions is not opposed to the relief requested.

Wherefore, KC Transport requests the deadline to file the Amended Disclosure Statement and the Amended Chapter 11 Plan to be extended from September 4 to September 12, 2025.

Dated this 4th day of September, 2025.

**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**

By: /s/JA Patten
James A. Patten
Attorney for Debtor, KC Transport, LLC

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 4th day of September, 2025 a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

None

/s/JA Patten
Patten, Peterman, Bekkedahl & Green PLLC