UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**KC TRANSPORT, LLC,**

Debtor.

Case No. **1:25-bk-10010-BPH**

# ORDER

In this Chapter 11 bankruptcy, Debtor, filed a "Motion to Extend Time to File Amended Plan and Disclosure Statement" on September 4, 2025, at ECF No. 90 ("Motion"). The Motion seeks to extend the time for Debtor to file an amended disclosure statement and an amended Chapter 11 plan. Specifically, the Motion requests until September 12, 2025. The Order at ECF No. 83 set a deadline of September 4, 2025, for Debtor to file an amended disclosure statement and further amended Chapter 11 plan in relation to the approved sale of property at the Steffes Group auction.[1] The Motion represents that Debtor received the Steffes Group's schedule of sale results on September 4, 2025, which left Debtor with insufficient time to file an amended disclosure and amended Chapter 11 plan. The Motion further represents that creditor Loeb Term Solutions LLC is not opposed to the relief requested. Fed. R. Bankr. P. 9006(b) permits the Court to extend the period of time for an act to be done. Accordingly,

IT IS ORDERED that the Motion is granted. Debtor shall file an amended disclosure statement and further amended Chapter 11 plan on or before **September 12, 2025**.

IT IS FURTHER ORDERED that objections to the Debtor's amended disclosure statement shall be filed on or before **September 19, 2025.**

IT IS FURTHER ORDERED that a hearing on Debtor's forthcoming amended disclosure statement shall be held on **Tuesday, September 23, 2025, 9:00 a.m.,** in the ELLA KNOWLES COURTROOM, 4th FLOOR ROOM 4805, JAMES F. BATTIN UNITED STATES COURTHOUSE, 2601 2ND AVENUE NORTH, BILLINGS, MONTANA.

---

[1] The Steffes Group auction took place from August 21, 2025, to August 28, 2025.

1

Dated September 5, 2025.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana