**KC TRANSPORT, LLC LIQUIDATION ANALYSIS – 9/12/2025**                          **DECLINING BALANCE**

ASSET VALUE – $3,461,439                                                                                                           $3,461,439

    PERSONAL – $3,068,924

    REAL - $392,515

    COST OF LIQUIDATION

        REAL (6.5%) - $25,513                                                                                              $3,435,926

        PERSONAL (11%) - $443,238                                                                                   $2,992,688

    CHAPTER 7 TRUSTEE FEES - $127,093                                                                            $2,865,595

    CHAPTER 7 TRUSTEE PROFESSIONAL FEES

        ACCOUNTING - $7500                                                                                                  $2,858,095

        LEGAL - $5000                                                                                                              $2,853,095

        TAX CONSEQUENCE OF SALE

        TIER 2 ADMINISTRATIVE

        DEBTOR'S COUNSEL - $45,000                                                                                  $2,808,095

TOTAL DEBTS –

    SECURED –

        LOEB - $1,077,421                                                                                                          $1,730,674

        VERDANT - $247,015                                                                                                    $1,483,659

        YELLOWSTONE BANK - $20,582                                                                               $1,463,077


    UNSECURED PRIORITY - $0

    UNSECURED GENERAL - $180,310                                                                                         $1,282,767


**APPENDIX NO. 2**