# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**KC TRANSPORT, LLC,**<br><br>Debtor. | Case No. **1:25-bk-10010-BPH** |

# ORDER

In this Chapter 11 bankruptcy, a hearing was held on September 23, 2025, on approval of Debtor's Amended Disclosure Statement filed at ECF No. 94 ("Disclosure Statement"). Appearances were noted on the record. United States Trustee ("UST") and creditor Loeb Term Solutions LLC ("Creditor") did not object to the Disclosure Statement. With the Disclosure Statement, Debtor filed its Amended Chapter 11 Plan of Reorganization at ECF No. 93 ("Plan"). Debtor intends to retain multiple pieces of equipment to facilitate its continuing operations in oilfield and oxygen hauling. The equipment was financed by Creditor. The remainder of the equipment not necessary for Debtor's continuing operations will be liquidated. Creditor and Debtor will continue to work together to facilitate the liquidation.

Under 11 U.S.C. § 1125(b), solicitation of acceptances and rejections for a Chapter 11 plan may not occur prior to transmittal of a disclosure statement containing adequate information. "Adequate information" is defined as:

> information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, including a discussion of the potential material Federal tax consequences of the plan to the debtor, any successor to the debtor, and a hypothetical investor typical of the holders of claims or interests in the case, that would enable such a hypothetical investor of the relevant class to make an informed judgment about the plan,

11 U.S.C. § 1125(a)(1). Upon review of the Disclosure Statement and after considering the statements made by counsel,

IT IS ORDERED that the Debtor's Disclosure Statement is approved.

IT IS FURTHER ORDERED that a hearing on confirmation of Debtor's Plan shall be held on **Tuesday, October 28, 2025, 9:00 a.m.,** or as soon thereafter as the parties can be heard, in the ELLA KNOWLES COURTROOM, 4th FLOOR ROOM 4805, JAMES F. BATTIN UNITED STATES COURTHOUSE, 2601 2ND AVENUE NORTH, BILLINGS, MONTANA.

    a. Pursuant to Fed. R. Bankr. P. 3020(b)(1) and Mont. LBR 3017-1, **October 21, 2025,** is fixed as the last day for filing and serving written objections to

confirmation of Debtor's Plan. Pursuant to Mont. LBR 3018-1, Written acceptances or rejections (completing the ballot) of Debtor's Plan must be filed **on or before October 24, 2025**. Objections, if any, shall be served on the Debtor, the U.S. Trustee, the proponent of the plan if the proponent is not the debtor, and any committee appointed under the Code.

b. Pursuant to Fed. R. Bankr. P. 3020(b)(2), if no objections are timely filed, the court may determine that the Plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues.

Dated September 23, 2025.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana