# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**KC TRANSPORT, LLC,**<br><br>                 Debtor. | Case No. **1:25-bk-10010-BPH** |

# ORDER

In this Chapter 11 bankruptcy, Debtor and Loeb Term Solutions, LLC ("LOEB") filed a "Stipulation Amending Plan" on October 29, 2025, at ECF No. 113 ("Stipulation"). The Stipulation seeks to amend the proposed Chapter 11 plan filed at ECF No. 93 ("Proposed Plan"). Accordingly,

IT IS ORDERED that the Stipulation is approved. The parties shall be bound by and perform according to the terms and conditions of the approved Stipulation.

IT IS FURTHER ORDERED:

1. Article 5.02 of the Proposed Plan shall be amended as follows:
    a. Class I: Secured claimant Loeb Term Solutions, LLC. The Class I claimant holds a senior secured claim on the certain personal property interests pursuant to a perfected security interest in accounts, goods, inventory, equipment, chattel paper, instruments, investment property, specifically identified tort claims, documents, general intangibles, contract rights, customer lists, furniture, fixtures, books and records all as described in the Loeb proof of claim filed herein. Loeb's secured claim was paid in part as a result of application of sale proceeds from court-approved sale of Loeb's collateral that the Debtor completed pursuant to 11 U.S.C. § 363. Following the application of sale proceeds, the value of the secured claim as of October 7, 2025, is $1,405,250.72 plus accruing interest and is subject to court approval of Loeb's post-petition attorney fees and lender charges. Commencing on the later of December 1, 2025, or the Confirmation Date, Debtor shall make adequate protection payments to Loeb of $15,000 monthly until the Effective Date at which time, the remaining balance of Loeb's secured claim will be paid in full in consecutive monthly installments over 60 months. The due date for each payment due under the Plan shall coincide with the original monthly due date as provided for in KC Transport's underlying loan documents. Interest on Loeb's claim will be calculated, commencing upon the Confirmation Date, at the bank prime loan rate published in Federal Reserve statistical release H.15 as of such date plus 3 percent.

    b. The guarantors of the Loeb debt, Keltz Hall and Cole Wirth shall each pay $50,000 to Loeb within 15 days of the entry of an order of confirmation.

2. This Stipulation, if approved, shall also constitute a ballot accepting the Proposed Plan as amended hereby.

Dated October 29, 2025.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana